```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF ARIZONA
           CRIMINAL MINUTES
              SENTENCING
```

                                              ☒ FILED    ☐ LODGED
                                              ☐ RECEIVED ☐ COPY

                                                   MAR 15 2005

                                              CLERK U S DISTRICT COURT
                                              DISTRICT OF ARIZONA
                                              BY_____ DEPUTY

CR-03-75-PHX-EHC          DATE: 3/11/05
Year   Case No.  Dft #

HON: EARL H. CARROLL                Judge # 7014

USA v.     ACOSTA, ANDREW
      Last Name / First Name / Middle Initial

DEFENDANT: X Present   ___ Not Present   ___ Released   X Custody   ___ Writ

Deputy Clerk: ROBERTA HIGHTOWER          Crt Rptr: CANDY POTTER

U.S.Atty: CHARLES HYDER                  Dft Atty: PHILIP SEPLOW, appointed

Intrptr:_____          Language:_____
================================================================================
_____ Dft not appearing, on motion of US Atty, order bond revoked/forfeited and
      B/W issued.

              **JUDGMENT     SENTENCE**

_____ Dft sentenced (see Judgment & Commitment for full text).

Count(s) Dismissed:_____

_____ JUVENILE sentenced (SEALED) (see Judgment & Commitment for full text)

  X   Sentencing Reset to: **4/11/05 at 11AM**

_____ Dft advised of right to appeal.

OTHER:

**IT IS ORDERED** striking paragraphs 41 and 42 from the PSR.

The Government is directed to file with the Court by March 23, 2005 under seal, any report from the prison, CCA, concerning the defendant and his conduct there, as well as any communications that were given to CCA by the Government when Mr. Acosta was placed in CCA that impact on his going into segregation.

The defendant advises that he is currently kept in segregation, that no written charges were filed against him and that he wrote a letter to CCA but never received a response. The Court will inquire about that of the U.S. Marshals.

