THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE __CIVIL 5.4__
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 3 0 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___✓___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF __Arizona__

CR-05-01319-PHX-RCC
CR-03-00075-PHX-GMS

2:17-CV-00765-RCC
2:05-CR-01319-RCC

UNITED STATES OF AMERICA

Case No. __19-16254__
(write the number of your criminal case)

v.

__Andrew Acosta__
Write your full name here.

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)**
**(Compassionate Release)**

(*Pro Se* Prisoner)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☑ Yes

☐ No

If you answered yes, please list the documents in section IV of this form.

Page 1 of 6

## I. SENTENCE INFORMATION

*[handwritten note: BOTH RELATED CASES!]*

Date of sentencing: _1ST 2005 / 2nd 2008_ → *[handwritten: BOTH TO RUN CONCURRENT W/EACHOTHER.]*

Term of imprisonment imposed: _1ST 217 MONTHS / 2nd 217 MO. 96 MONTHS_

Approximate time served to date: _75%_

Projected release date: _2028_

Length of Term of Supervised Release: _3 YEARS._

Have you filed an appeal in your case?

☑ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☑ No

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

    ☑ Yes, I submitted a request for compassionate release to the warden on _____.

    ☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

    ☑ Yes, my request was denied by the warden on (date): _AUGUST 11, 2020_

    ☐ No. I did not receive a response yet.

### III.   GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

**A. Are you 70 years old or older?**

    ☐ Yes.

    ☑ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☐ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☑ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☑ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☑ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

- I have a incureable liver disease! (HEP-C)
- I have exceptional post rehabilitation
- Todays laws have changed to coincide with current appeals case (9th Cir)
- I have a release and quarantine plan.
- I have an employment plan!
- I have all medical records, psychology records,

IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☑ Yes | ☐ No | ☑ Yes | ☐ No |
| Additional medical information | ☑ Yes | ☐ No | ☑ Yes | ☐ No |
| All medical records | ☑ Yes | | ☑ Yes | ☐ No |
| Psychological records | ☑ Yes | | ☑ Yes | ☐ No |

## V. REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☑ Yes

☐ No

## VI. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

9/20/20
Date

Andrew Acosta
Signature

ANDREW ACOSTA
Name

44014-008
Bureau of Prisons Register #

U.S.P. LOMPOC
Bureau of Prisons Facility

3901 KLEIN BLVD. LOMPOC CA, 93436
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE
## _____ DISTRICT OF ARIZONA.

UNITED STATES OF AMERICA

2:17-CV-00765-RCC
2:05-CR-01319-RCC1

Case No. 19-16254
(write the number of your criminal case)

v.

Andrew Acosta.
Write your full name here.

## PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☑ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

9505 West Butler Dr. Peoria, AZ 85345

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

MR. SERGIO RAYA (623) 330-2172   sergio.raya@actionmh.com

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

NONE.

If you have employment secured, provide the name and address of your employer and describe your job duties:

MR. SERGIO RAYA. 1705 W. Buchanan ST Phoenix AZ 85007   ACTION MATERIAL HANDLING   MECHANIC (MOBILE)

List any additional housing or employment resources available to you:

Financial Aid, Saved Money, Resources.

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

B. Medical needs

Will you require ongoing medical care if you are released from prison?

- [x] Yes
- [ ] No

Will you have access to health insurance if released?

- [x] Yes
- [ ] No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

MEDICARE is offered to us upon RELEASE And Limited Money for Doctors visits.

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

- [x] Yes
- [ ] No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

- [x] Yes
- [ ] No

If yes, please include them with your motion. If no, where are the records located?

HERE W/ME. There is 700 PAGES, So need to be sure who And where Im sending Them. ONLY have 1 COPY!!

# ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☐ Yes

☑ No

If yes, list all prescribed medication, dosage, and frequency:

_____

_____

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☑ Yes

☐ No

If yes, list equipment:

CANE, And JOINT SLEEVES.

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☑ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☑ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☑ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

ANGIE MUSENO (602) 828-6527   ANNA JORDAN (580) 775-4654
TONJAH BEIER (575) 973-3212   Christina Acosta (Daughter)
                              (602) 460-9018

Will you have transportation to and from your medical appointments?

☑ Yes

☐ No

Describe method of transportation:

MY EMPLOYER HAS TRANSPORTATION FOR ME, I ALSO HAVE MONEY TO PURCHASE A VEHICLE

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

9/20/2020
Date

*Andrew Acosta*
Signature

Andrew Acosta
Name

44014-008
Bureau of Prisons Register #

United States Penitentiary Lompoc.
Bureau of Prisons Facility

3901 Klein Blvd. Lompoc CA, 93436
Institution's Address

TRULINCS 44014008 - ACOSTA, ANDREW - Unit: LOM-J-A

---

FROM: 44014008
TO: AW Operations
SUBJECT: ***Request to Staff*** ACOSTA, ANDREW, Reg# 44014008, LOM-J-A
DATE: 07/13/2020 03:09:48 PM

To: Mrs. Arnold CMC
Inmate Work Assignment: educ

I have submitted a request for a compassionate release 3582. It has been almost a month and i just wantd to make you aware. I understand that you alone have to consider the many requests and I can appreciate how busy you are. In any case i just wanted to touch ground. Thank you for your time and concern. My request was submitted on 6/16/ 20

TRULINCS 44014008 - ACOSTA, ANDREW - Unit: LOM-J-A

---

FROM: 44014008
TO: Correctional System Dept.
SUBJECT: ***Request to Staff*** ACOSTA, ANDREW, Reg# 44014008, LOM-J-A
DATE: 07/15/2020 11:28:04 AM

To: Mrs. Arnold
Inmate Work Assignment: Educ.

Please forgive this second e mail. I wanted to be sure that i sent my e-mail to the right place. On 6-16-20 I prepared my compassionate release package and placed it in the inmate mail service on 6-18-20. I just wanted to make you are aware of this in hopes that you will respond as soon as possible. Thank you

TRULINCS 44014008 - ACOSTA, ANDREW - Unit: LOM-J-A

---

FROM: 44014008
TO: AW Operations
SUBJECT: ***Request to Staff*** ACOSTA, ANDREW, Reg# 44014008, LOM-J-A
DATE: 08/11/2020 12:46:55 PM

To: CMC.
Inmate Work Assignment: Education

I requested a Compassionate release on 6/18/2020. To this day I have not received any response from anyone nor have i been notified of any action taken concerning my request. I have placed a request with the district Of Arizona Public Defenders office. Thank you for your consideration In the future.



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Complex**

Office of the Warden

Lompoc, California 93436

August 11, 2020

MEMORANDUM FOR ACOSTA, ANDREW, REG. NO. 44014-008

FROM: *for J. Engleman*
Patricia W. Bradley, Complex Warden

SUBJECT: Compassionate Release Review

Your request for Compassionate Release/Reduction in Sentence (RIS) has been reviewed pursuant to Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C §§3582(c)(1)(A) and 4205 (g). It has been determined that we will not be pursuing a request for compassionate release/RIS in your case.

A review of the documentation you provided was reviewed and considered, in addition to a review of your central file and medical records. Based on this review, it was determined you do not meet the criteria to be considered for a Compassionate Release/RIS based on medical circumstances. Therefore, you do not meet the criteria in which the Bureau of Prisons would file a motion the court.

Accordingly, your request is denied. If you are not satisfied with this reply, you may submit an appeal on the appropriate form (BP-9) to this office within 20 calendar days of the date of this response.

Andrew Acosta
44014-008
United States Penitentiary
3901 Klein Blvd.
Lompoc CA, 93436.

 
 

LEGAL MAIL



RECEIVED
SEP 30 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

LEGAL MAIL

TO: Clerk of the Court
District of Arizona
SPC. 1
401 W. Washington St
Phoenix, AZ 85003-2118

LEGAL MAIL