# Exhibit 2



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Complex**

*Office of the Warden*   Lompoc, California 93436

August 11, 2020

MEMORANDUM FOR ACOSTA, ANDREW, REG. NO. 44014-008

FROM:      *for* J. Engleman
            Patricia W. Bradley, Complex Warden

SUBJECT:   Compassionate Release Review

Your request for Compassionate Release/Reduction in Sentence (RIS) has been reviewed pursuant to Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C §§3582(c)(1)(A) and 4205 (g). It has been determined that we will not be pursuing a request for compassionate release/RIS in your case.

A review of the documentation you provided was reviewed and considered, in addition to a review of your central file and medical records. Based on this review, it was determined you do not meet the criteria to be considered for a Compassionate Release/RIS based on medical circumstances. Therefore, you do not meet the criteria in which the Bureau of Prisons would file a motion the court.

Accordingly, your request is denied. If you are not satisfied with this reply, you may submit an appeal on the appropriate form (BP-9) to this office within 20 calendar days of the date of this response.

MAILED

AUG 11 2020

FILE COPY