# Exhibit 6

# FCC LOMPOC USP

# INMATE BULLETIN

## COVID-19 / Enhanced Preventative Measures – Phase X

Due to an increase in positive cases among the inmate population at the USP, it is vital that we implement preventative measures and secure the inmate population for the safety and security of inmates and staff. This modification of operations is not punitive and will only be utilized until the current spikes in cases can be curtailed.

As part of these enhanced preventative measures, we will be implementing the following:

- Units will remain secured within cells
- Food Service detail will be permitted to work
- Trash / Corridor Orderlies will be permitted to work
- Laundry detail will be permitted to work

Feeding and Pill line will be administered in the units. Inmates will be permitted out of their cell to retrieve pill line and chow and return to their cell.

Orderlies will be permitted to be out in the unit for cleaning/sanitizing functions. No more than 2 orderlies should be out at a time. Emphasis should be put on sanitizing/cleaning showers, ice machines, common areas, tables, hand rails, water dispensers.

Due to the sanitation risk phones and computers will not be active at this time.

Sanitation materials will be made available for inmate cells and personal use.

Inmates will be permitted to shower on a structured basis. Ranges A, C, E will shower Monday, Wednesday, and Friday and Ranges B, D, F will shower Tuesday, Thursday, and Saturday. Showers will be conducted one range at a time. Inmates on the range will be permitted out for an hour and a half.

K-Unit will be limited to one inmate per shower out at a time.

ANY SOCIALIZING AT DOORS OF INMATES ON OTHER RANGES WILL RESULT IN DISCIPLINARY ACTION AND MAY RESULT IN THE LOSS OF OUT OF CELL TIME.

**Reminder: NO INMATE CONTACT WILL BE PERMITTED. Social distancing and use of face coverings will be strictly enforced.**

You play a critical role in mitigating COVID-19. It is important we work together to ensure the health and safety of everyone concerned.

Patricia V. Bradley, Complex Warden            12-30-2020

# COVID-19
# Coronavirus

The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public.

### BOP COVID-19 Modified Operations Plan

### BOP's Emergency Response

Every institution is like a small city and to cope with major emergencies or other significant interruptions of normal operations, they each have continuity of operations (COOP) plans that provide guidance to staff.

Learn More

### BOP's COVID-19 Response

In February 2020, the BOP's Public Health Service (PHS) staff were placed in operational dress uniforms to be ready to respond to COVID-19 incidents by the Assistant Secretary for Health.

Learn More

### BOP's COVID-19 Collaboration Efforts

BOP PHS Officers have been deployed for national travel-related screening at airports and NIC has been asked to share BOP-related guidance with state and local corrections.

Learn More

## Coronavirus.gov

The primary lane of information for the public regarding Coronavirus (COVID-19) is a portal for public information published by the Coronavirus (COVID-19) Task Force at the White House, working in conjunction with CDC, HHS and other agency stakeholders.

Go to coronavirus.gov

## CDC.gov

The Centers for Disease Control and Prevention (CDC) has established a resource portal on CDC.gov with the latest information from CDC and the overarching medical community on COVID-19.

Go to cdc.gov

## USA.gov

To learn about international travel restrictions, how you can prepare for coronavirus, and what the U.S. government is doing in response to the virus, visit https://www.usa.gov/coronavirus

Go to usa.gov/coronavirus

# COVID-19 Cases

01/04/2021 - The BOP has **123,375** federal inmates in BOP-managed institutions and **13,640** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **6,775 federal inmates** and **1,750 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **33,131** inmates and **2,913** staff have recovered. There have been **180** federal inmate deaths and **3** BOP staff member deaths attributed to COVID-19 disease. Of the inmate deaths, **4** occurred while on home confinement. **Full breakdown and additional details ...**

Confirmed active cases at 127 BOP facilities and 70 RRCs



*[Mouseover facility markers for more information. Zoom in to densely clustered marker areas to see additional locations.]*

# COVID-19 Inmate Test Information

**Completed Tests**

# 96,079

Number of inmates who have completed testing.

**Pending Tests**

# 2,412

Number of inmates with pending tests and no previous completed test.

**Positive Tests**

# 39,050

Number of inmates that have ever had a positive test.

### About the Data

These data are compiled from a variety of sources and reviewed by BOP Health Services staff before documented for reporting. **Not all tests are conducted by and/or reported to BOP.** The number of positive tests at a facility is not equal to the number of cases, as one person may be

tested more than once. The number of tests recorded per site reflects the number of persons at the specific facility who have been tested, whether at that site or at a prior facility.

| Facility Name ▲ | No. of Inmates with Completed Tests | No. of Inmates with Pending Tests | No. of Inmates with Positive Tests |
|---|---|---|---|
| ALDERSON FPC | 355 | 0 | 12 |
| ALICEVILLE FCI | 438 | 4 | 58 |
| ALLENWOOD LOW FCI | 567 | 0 | 240 |
| ALLENWOOD MEDIUM FCI | 947 | 0 | 462 |
| ALLENWOOD USP | 409 | 1 | 132 |
| ALPHA HOUSE (BILLINGS, MT) (RRC) | 1 | 0 | 1 |
| ALPHA HOUSE OF SPRINGFIELD (SPRINGFIELD, MO) (RRC) | 3 | 0 | 3 |
| ALPHA HOUSE WOMENS PROGRAM (BILLINGS, MT) (RRC) | 1 | 0 | 1 |
| ASHLAND FCI | 571 | 0 | 363 |
| ATLANTA USP | 1001 | 0 | 124 |
| ATWATER USP | 670 | 209 | 235 |
| AVALON AUSTIN CORECIVIC (DEL VALLE, TX) (RRC) | 3 | 1 | 1 |
| BANNUM, INC (SAGINAW, MI) (RRC) | 1 | 0 | 0 |
| BANYAN COMMUNITY HEALTH CENTER (MIAMI, FL) (RRC) | 1 | 0 | 1 |
| BASTROP FCI | 1213 | 0 | 476 |
| BEAUMONT LOW FCI | 854 | 0 | 606 |
| BEAUMONT MEDIUM FCI | 634 | 148 | 284 |
| BEAUMONT USP | 824 | 0 | 134 |
| BECKLEY FCI | 632 | 0 | 232 |
| BENNETTSVILLE FCI | 760 | 0 | 172 |
| BERLIN FCI | 300 | 0 | 14 |
| BIG SANDY USP | 669 | 20 | 92 |
| BIG SPRING FCI | 950 | 15 | 795 |
| BRAWLEY RRC (BRAWLEY, CA) (RRC) | 11 | 0 | 11 |
| BRONX CCC (BRONX, NY) (RRC) | 2 | 0 | 2 |
| BROOKLYN HOUSE (BROOKLYN, NY) (RRC) | 12 | 0 | 12 |
| BROOKLYN MDC | 1281 | 0 | 164 |
| BRYAN FPC | 309 | 0 | 98 |
| BSSW-RRC PHX (PHOENIX, AZ) (RRC) | 5 | 0 | 5 |
| BUTLER COUNTY JAIL (EL DORADO, KS) (RRC) | 1 | 0 | 1 |
| BUTNER FMC | 625 | 3 | 178 |
| BUTNER LOW FCI | 795 | 0 | 462 |
| BUTNER MEDIUM I FCI | 384 | 2 | 181 |
| BUTNER MEDIUM II FCI | 489 | 88 | 57 |
| CANAAN USP | 763 | 0 | 179 |
| CAPITOL PAVILION COMM CORR CTR (HARRISBURG, PA) (RRC) | 5 | 0 | 5 |
| CARSWELL FMC | 1296 | 0 | 527 |
| CASPER REENTRY CENTER, ACC (MILLS, WY) (RRC) | 7 | 0 | 6 |
| CASS COUNTY JAIL (FARGO, ND) (RRC) | 1 | 0 | 1 |

| Facility Name ▲ | No. of Inmates with Completed Tests | No. of Inmates with Pending Tests | No. of Inmates with Positive Tests |
|---|---|---|---|
| CENTERSTONE OF ILLINOIS (MARION, IL) (RRC) | 1 | 0 | 1 |
| CENTRAL AZ DETENTION CENTER (FLORENCE, AZ) (RRC) | 1 | 0 | 1 |
| CHASE CENTER (WATERBURY, CT) (RRC) | 1 | 0 | 1 |
| CHERRY STREET SERVICES, INC (DETROIT, MI) (RRC) | 9 | 0 | 9 |
| CHERRY STREET SERVICES, INC. (GRAND RAPIDS, MI) (RRC) | 5 | 0 | 5 |
| CHICAGO MCC | 540 | 0 | 255 |
| CITY FAITH, LITTLE ROCK, AR (LITTLE ROCK, AR) (RRC) | 1 | 0 | 1 |
| COLEMAN I USP | 562 | 73 | 63 |
| COLEMAN II USP | 893 | 31 | 221 |
| COLEMAN LOW FCI | 1319 | 523 | 263 |
| COLEMAN MEDIUM FCI | 954 | 67 | 309 |
| COMM CORR ASSOC, INC. (YOUNGSTOWN, OH) (RRC) | 3 | 0 | 3 |
| COMMUNITY EDUCATION CENTERS IN (RAPID CITY, SD) (RRC) | 2 | 0 | 2 |
| COMMUNITY EXTENDED NUCLEAR TRA (FARGO, ND) (RRC) | 8 | 0 | 8 |
| COMMUNITY EXTENDED NUCLEAR TRA (MANDAN, ND) (RRC) | 2 | 0 | 2 |
| COMMUNITY RESOURCES FOR JUSTIC (BUFFALO, NY) (RRC) | 3 | 0 | 3 |
| COMMUNITY SOLUTIONS INC (WILMINGTON, DE) (RRC) | 3 | 0 | 2 |
| COOLIDGE HOUSE (BOSTON, MA) (RRC) | 10 | 0 | 6 |
| CORRECTIONAL ALTERNATIVES INC. (SAN DIEGO, CA) (RRC) | 16 | 0 | 14 |
| COUNTY REHABILITATION CENTER (TYLER, TX) (RRC) | 8 | 0 | 8 |
| CROSSPOINT SAN ANTONIO (SAN ANTONIO, TX) (RRC) | 14 | 1 | 14 |
| CSC-DISMAS CHARITIES, INC (ATLANTA, GA) (RRC) | 6 | 0 | 6 |
| CUMBERLAND FCI | 816 | 0 | 260 |
| DANBURY FCI | 823 | 0 | 193 |
| DEVENS FMC | 756 | 0 | 314 |
| DIERSEN - NASHVILLE (NASHVILLE, TN) (RRC) | 4 | 1 | 4 |
| DIERSON CHARITIES MEMPHIS (MEMPHIS, TN) (RRC) | 18 | 0 | 18 |
| DISMAS CCC (TUCSON, AZ) (RRC) | 11 | 1 | 11 |
| DISMAS CHARITIES AT KEARNEY (KEARNEY, NE) (RRC) | 1 | 0 | 1 |
| DISMAS CHARITIES AT OMAHA (OMAHA, NE) (RRC) | 5 | 0 | 5 |
| DISMAS CHARITIES COMM.CORR.CTR (GREENSBORO, NC) (RRC) | 1 | 0 | 1 |
| DISMAS CHARITIES OF LOUISVILLE (LOUISVILLE, KY) (RRC) | 4 | 0 | 4 |
| DISMAS CHARITIES OF ORLANDO (ORLANDO, FL) (RRC) | 3 | 0 | 2 |
| DISMAS CHARITIES, ALBUQUERQUE (ALBUQUERQUE, NM) (RRC) | 33 | 8 | 33 |
| DISMAS CHARITIES, INC (AUGUSTA, GA) (RRC) | 1 | 0 | 1 |
| DISMAS CHARITIES, INC (SIOUX CITY, IA) (RRC) | 3 | 0 | 3 |
| DISMAS CHARLESTON (ST ALBANS, WV) (RRC) | 10 | 0 | 10 |
| DISMAS CLARKSBURG (CLARKSBURG, WV) (RRC) | 1 | 0 | 1 |
| DISMAS CORPUS CHRISTI (CORPUS CHRISTI, TX) (RRC) | 1 | 0 | 1 |
| DISMAS DAY REPORTING CENTER (MEMPHIS, TN) (RRC) | 1 | 0 | 1 |
| DISMAS DEL RIO (DEL RIO, TX) (RRC) | 6 | 0 | 6 |
| DISMAS EL PASO (EL PASO, TX) (RRC) | 3 | 0 | 3 |
| DISMAS HOUSE CHARITIES, INC. (DANIA, FL) (RRC) | 4 | 0 | 4 |

| Facility Name ▲ | No. of Inmates with Completed Tests | No. of Inmates with Pending Tests | No. of Inmates with Positive Tests |
|---|---|---|---|
| DISMAS HOUSE OF ST. LOUIS (ST. LOUIS, MO) (RRC) | 2 | 0 | 2 |
| DISMAS LAREDO (LAREDO, TX) (RRC) | 4 | 0 | 3 |
| DISMAS MIDLAND (MIDLAND, TX) (RRC) | 11 | 0 | 11 |
| DISMAS OF LEXINGTON (LEXINGTON, KY) (RRC) | 1 | 0 | 1 |
| DISMAS OF MANCHESTER (MANCHESTER, KY) (RRC) | 1 | 0 | 1 |
| DRC DAY REPORTING CENTER - GEO (SACRAMENTO, CA) (RRC) | 1 | 1 | 1 |
| DUBLIN FCI | 704 | 9 | 295 |
| DULUTH FPC | 300 | 0 | 216 |
| EDGEFIELD FCI | 1019 | 0 | 209 |
| EL RENO FCI | 875 | 1 | 305 |
| ELKTON FCI | 1419 | 0 | 631 |
| ENGLEWOOD FCI | 882 | 1 | 695 |
| ESTILL FCI | 44 | 0 | 2 |
| FAIRTON FCI | 881 | 0 | 273 |
| FAIRVIEW RRC (WASHINGTON, DC) (RRC) | 1 | 0 | 1 |
| FAMILY GUIDANCE CENTERS, INC. (SPRINGFIELD, IL) (RRC) | 1 | 0 | 1 |
| FLORENCE ADMAX USP | 70 | 0 | 4 |
| FLORENCE - HIGH USP | 480 | 110 | 72 |
| FLORENCE FCI | 1014 | 0 | 600 |
| FORREST CITY LOW FCI | 1610 | 0 | 704 |
| FORREST CITY MEDIUM FCI | 1086 | 3 | 325 |
| FORT DIX FCI | 2348 | 188 | 1088 |
| FORT WORTH FMC | 1143 | 0 | 660 |
| GARDEN GROVE CCC (GARDEN GROVE, CA) (RRC) | 8 | 0 | 8 |
| GEO CARE (LAS VEGAS, NV) (RRC) | 9 | 0 | 9 |
| GEO CARE INC CORDOVA CENTER (ANCHORAGE, AK) (RRC) | 1 | 0 | 1 |
| GEO CARE INC. (SALT LAKE CITY, UT) (RRC) | 21 | 0 | 21 |
| GEO CARE/ EL MONTE (EL MONTE, CA) (RRC) | 5 | 0 | 5 |
| GEO PHILADELPHIA RRC (PHILADELPHIA, PA) (RRC) | 1 | 0 | 1 |
| GEO REENTRY INC. (LEAVENWORTH, KS) (RRC) | 28 | 0 | 28 |
| GEO REENTRY/ MARVIN GARDENS (LOS ANGELES, CA) (RRC) | 4 | 0 | 4 |
| GHENT RRC (NORFOLK, VA) (RRC) | 1 | 0 | 1 |
| GILMER FCI | 790 | 0 | 241 |
| GREAT FALLS PRE-RELEASE CENTER (GREAT FALLS, MT) (RRC) | 6 | 0 | 6 |
| GREENVILLE FCI | 1201 | 0 | 679 |
| GUAYNABO MDC | 753 | 0 | 45 |
| HAMPSHIRE HOUSE (MANCHESTER, NH) (RRC) | 1 | 0 | 1 |
| HAZELTON FCI | 627 | 29 | 128 |
| HAZELTON USP | 634 | 8 | 38 |
| HERLONG FCI | 850 | 1 | 264 |
| HILLSBOROUGH CO. RRC, TAMPA,FL (TAMPA, FL) (RRC) | 3 | 0 | 3 |
| HONOLULU FDC | 234 | 4 | 5 |
| HORIZON HOUSE (ALBANY, NY) (RRC) | 2 | 0 | 0 |

| Facility Name ▲ | No. of Inmates with Completed Tests | No. of Inmates with Pending Tests | No. of Inmates with Positive Tests |
|---|---|---|---|
| HOUSTON FDC | 460 | 11 | 171 |
| HUMAN SERVICE CENTER (PEORIA, IL) (RRC) | 7 | 0 | 7 |
| JACKSONVILLE RESID REENTRY CTR (JACKSONVILLE, FL) (RRC) | 11 | 0 | 10 |
| JESUP FCI | 790 | 7 | 412 |
| KINTOCK RRC (NEWARD, NJ) (RRC) | 10 | 0 | 10 |
| LA TUNA FCI | 714 | 0 | 533 |
| LAKE REGION LAW ENFORCEMENT CE (DEVILS LAKE, ND) (RRC) | 4 | 0 | 4 |
| LEAVENWORTH USP | 1377 | 2 | 658 |
| LEE USP | 847 | 9 | 268 |
| LEIDEL SANCTION CENTER (HOUSTON, TX) (RRC) | 19 | 2 | 18 |
| LEWISBURG USP | 573 | 1 | 107 |
| LEXINGTON FMC | 1117 | 0 | 617 |
| LOMPOC FCI | 904 | 0 | 660 |
| LOMPOC USP | 941 | 28 | 210 |
| LORETTO FCI | 845 | 0 | 739 |
| LOS ANGELES MDC | 502 | 3 | 350 |
| MANCHESTER FCI | 882 | 0 | 375 |
| MARIANNA FCI | 535 | 0 | 99 |
| MARION USP | 1208 | 0 | 799 |
| MCCREARY USP | 657 | 0 | 121 |
| MCDOWELL FCI | 780 | 0 | 296 |
| MCKEAN FCI | 842 | 0 | 237 |
| MEMPHIS FCI | 900 | 4 | 347 |
| MENDOTA FCI | 423 | 17 | 70 |
| MIAMI FCI | 705 | 7 | 211 |
| MIAMI FDC | 881 | 6 | 164 |
| MID-VALLEY HOUSE (EDINBURG, TX) (RRC) | 28 | 1 | 28 |
| MIDWAY REHAB CENTER, KNOXVILLE (KNOXVILLE, TN) (RRC) | 1 | 0 | 1 |
| MILAN FCI | 618 | 1 | 227 |
| MIRROR, INC. (WICHITA, KS) (RRC) | 6 | 0 | 6 |
| MONTGOMERY FPC | 314 | 6 | 91 |
| MORGANTOWN FCI | 399 | 0 | 133 |
| NEIL J. HOUSTON HOUSE (PAWTUCKET, RI) (RRC) | 3 | 0 | 3 |
| NEW YORK MCC | 384 | 127 | 50 |
| NWRRC (PORTLAND, OR) (RRC) | 2 | 0 | 2 |
| OAKDALE I FCI | 913 | 0 | 189 |
| OAKDALE II FCI | 712 | 3 | 161 |
| OKLAHOMA CITY FTC | 1158 | 0 | 250 |
| ORIANA HOUSE (CLEVELAND, OH) (RRC) | 5 | 0 | 5 |
| ORION RRC (VAN NUYS, CA) (RRC) | 4 | 0 | 4 |
| OTERO COUNTY PRISON FACILITY (CHAPARRAL, NM) (RRC) | 1 | 0 | 1 |
| OTISVILLE FCI | 424 | 1 | 29 |
| OXFORD FCI | 893 | 1 | 746 |

| Facility Name ▲ | No. of Inmates with Completed Tests | No. of Inmates with Pending Tests | No. of Inmates with Positive Tests |
|---|---|---|---|
| PEKIN FCI | 1064 | 1 | 741 |
| PENSACOLA FPC | 114 | 2 | 20 |
| PETERSBURG LOW FCI | 362 | 34 | 127 |
| PETERSBURG MEDIUM FCI | 742 | 16 | 244 |
| PHAROS HOUSE (PORTLAND, ME) (RRC) | 1 | 0 | 1 |
| PHILADELPHIA FDC | 850 | 1 | 284 |
| PHOENIX FCI | 967 | 74 | 486 |
| PIONEER FELLOWSHIP HOUSE (SEATTLE, WA) (RRC) | 1 | 0 | 1 |
| POLLOCK FCI | 821 | 15 | 170 |
| POLLOCK USP | 1171 | 0 | 550 |
| PORT OF HOPE BOISE RESIDENTIAL (BOISE, ID) (RRC) | 9 | 0 | 9 |
| RAY BROOK FCI | 488 | 118 | 68 |
| REALITY HOUSE, GEO (BROWNSVILLE, TX) (RRC) | 3 | 3 | 3 |
| RENEWAL INC. (PITTSBURGH, PA) (RRC) | 1 | 0 | 1 |
| RIVERSIDE HOUSE (MIAMI, FL) (RRC) | 5 | 0 | 5 |
| ROCHESTER FMC | 614 | 10 | 311 |
| ROCK COUNTY SHERIFF'S DEPT (JANESVILLE, WI) (RRC) | 1 | 0 | 1 |
| ROCK VALLEY COMMUNITY PROGRAMS (JANESVILLE, WI) (RRC) | 3 | 0 | 3 |
| RRC - BANNUM, INCORPORATED (GREENVILLE, SC) (RRC) | 3 | 0 | 3 |
| RRC DISMAS CHARITIES, INC (SAVANNAH, GA) (RRC) | 5 | 0 | 5 |
| RRC GEO REENTRY INC - OAKLAND (OAKLAND, CA) (RRC) | 5 | 0 | 4 |
| RRC, BIRMINGHAM, ALABAMA (BIRMINGHAM, AL) (RRC) | 2 | 0 | 2 |
| RRC, HATTIESBURG, MISSISSIPPI (HATTIESBURG, MS) (RRC) | 1 | 0 | 1 |
| RRC, SPANISH FORT, ALABAMA (SPANISH FORT, AL) (RRC) | 0 | 1 | 0 |
| RRC-ALSTON WILKES SOCIETY (COLUMBIA, SC) (RRC) | 6 | 0 | 6 |
| RRC-ALSTON WILKES SOCIETY (FLORENCE, SC) (RRC) | 11 | 0 | 11 |
| RRK ENTERPRISES DBA INDEPENDEN (DENVER, CO) (RRC) | 7 | 0 | 7 |
| RUBIDOUX RRC (RUBIDOUX, CA) (RRC) | 12 | 0 | 12 |
| SAFFORD FCI | 745 | 0 | 618 |
| SALVATION ARMY (FT MYERS, FL) (RRC) | 1 | 0 | 1 |
| SALVATION ARMY CORRECTIONAL SE (CHICAGO, IL) (RRC) | 13 | 1 | 13 |
| SALVATION ARMY CTR,CHATTANOOGA (CHATTANOOGA, TN) (RRC) | 5 | 0 | 5 |
| SALVATION ARMY WACO (WACO, TX) (RRC) | 1 | 0 | 1 |
| SAN DIEGO MCC | 615 | 0 | 187 |
| SANDSTONE FCI | 789 | 0 | 720 |
| SCHUYLKILL FCI | 580 | 2 | 194 |
| SEAGOVILLE FCI | 1665 | 1 | 1242 |
| SEATAC FDC | 628 | 35 | 250 |
| SHERIDAN FCI | 1128 | 11 | 77 |
| SOUTH RALEIGH RE-ENTRY CENTER (RALEIGH, NC) (RRC) | 0 | 1 | 0 |
| SOUTHEAST MO BEHAVIORAL HEALTH (FARMINGTON, MO) (RRC) | 3 | 0 | 3 |
| SPRINGFIELD MCFP | 647 | 1 | 370 |
| SYRACUSE PAVILION (SYRACUSE, NY) (RRC) | 2 | 0 | 2 |

| Facility Name ▲ | No. of Inmates with Completed Tests | No. of Inmates with Pending Tests | No. of Inmates with Positive Tests |
|---|---|---|---|
| TACOMA RRC (TACOMA, WA) (RRC) | 1 | 0 | 1 |
| TALBERT HOUSE FOR MEN (CINCINNATI, OH) (RRC) | 5 | 0 | 5 |
| TALLADEGA FCI | 580 | 0 | 249 |
| TALLAHASSEE FCI | 656 | 0 | 113 |
| TALLAHASSEE RRC (TALLAHASSEE, FL) (RRC) | 1 | 0 | 1 |
| TERMINAL ISLAND FCI | 707 | 0 | 475 |
| TERRE HAUTE FCI | 931 | 2 | 482 |
| TERRE HAUTE USP | 1149 | 0 | 689 |
| TEXARKANA FCI | 971 | 0 | 594 |
| THE KINTOCK GROUP (PHILADELPHIA, PA) (RRC) | 12 | 0 | 12 |
| THE KINTOCK GROUP RRC (BRIDGETON, NJ) (RRC) | 2 | 0 | 2 |
| THE SALVATION ARMY (WEST PALM BEACH, FL) (RRC) | 11 | 0 | 11 |
| THOMSON USP | 1277 | 0 | 493 |
| THREE RIVERS FCI | 757 | 0 | 311 |
| TUCSON FCI | 276 | 0 | 148 |
| TUCSON USP | 1137 | 151 | 669 |
| VICTORVILLE MEDIUM I FCI | 998 | 2 | 634 |
| VICTORVILLE MEDIUM II FCI | 998 | 1 | 414 |
| VICTORVILLE USP | 1029 | 57 | 381 |
| VINEWOOD RE-ENTRY CCC (LOS ANGELES, CA) (RRC) | 2 | 0 | 2 |
| VOAGO RESIDENTIAL REENTRY PGM (TOLEDO, OH) (RRC) | 3 | 0 | 3 |
| VOL OF AMER, NEW ORLEANS, RRC (NEW ORLEANS, LA) (RRC) | 1 | 1 | 0 |
| VOL. OF AMER. DALLAS, TX (HUTCHINS, TX) (RRC) | 15 | 7 | 15 |
| VOLUNTEERS OF AMERICA (ROCHESTER, NY) (RRC) | 9 | 0 | 9 |
| VOLUNTEERS OF AMERICA CSC (BALTIMORE, MD) (RRC) | 22 | 5 | 20 |
| VOLUNTEERS OF AMERICA INC. (INDIANAPOLIS, IN) (RRC) | 5 | 0 | 5 |
| VOLUNTEERS OF AMERICA OF MN (MINNEAPOLIS, MN) (RRC) | 6 | 0 | 6 |
| VOLUNTEERS OF AMERICA OF MN (ROSEVILLE, MN) (RRC) | 6 | 0 | 6 |
| VOLUNTEERS OF AMERICA, INC (SAN JUAN, RQ) (RRC) | 15 | 0 | 15 |
| WASECA FCI | 621 | 0 | 448 |
| WATKINSON HOUSE (HARTFORD, CT) (RRC) | 1 | 0 | 1 |
| WILLIAMSBURG FCI | 734 | 6 | 141 |
| YANKTON FPC | 292 | 16 | 136 |
| YAZOO CITY LOW FCI | 480 | 11 | 91 |
| YAZOO CITY MEDIUM FCI | 644 | 24 | 113 |
| YAZOO CITY USP | 1103 | 14 | 189 |

# COVID-19 Home Confinement Information

Given the surge in positive cases at select sites and in response to the Attorney General Barr's directives, the BOP began immediately reviewing all inmates who have COVID-19 risk factors, as described by the CDC, to determine which inmates are suitable for home confinement. Since the release of the Attorney General's original memo to the Bureau of Prisons on March 26, 2020 instructing us to prioritize home confinement as an appropriate response to the COVID-19 pandemic, the BOP has significantly increased its placement of offenders on home confinement. Currently, the BOP has 7,901 inmates on home confinement. The total number of inmates placed in home confinement from March 26, 2020 to the present (including inmates who have completed service of their sentence) is 19,711.

COVID-19 Home Confinement Information Frequently Asked Questions

## Resources

- **Correcting Myths and Misinformation About the BOP and COVID-19**

- **COVID-19 Visitor/Volunteer/Contractor Screening Tool**

- **COVID-19 Inmate Screening Tool**

- **COVID-19 Staff Screening Tool**

- **Coronavirus (COVID-19) Precautions/Modified Operations for Residential Reentry Centers.**

- **Coronavirus (COVID-19) Religious Accommodations**

- **Coronavirus(COVID-19) Resumption of Normal RRC Operations**



Federal Bureau of Prisons — Protecting Society. Changing Lives.

| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Federal Executions |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

https://www.bop.gov/coronavirus/

https://lompocrecord.com/news/local/crime-and-courts/25-inmates-3-staff-confirmed-positive-for-covid-19-at-lompoc-prison-complex/article_020e26d1-c253-5834-b4f4-5b39bb6f6346.html

ALERT  TOP STORY

# 25 inmates, 3 staff confirmed positive for COVID-19 at Lompoc prison complex

Dave Minsky
Dec 17, 2020



The entrance to one of the prisons at the Lompoc Federal Correctional Institution is shown in this Feb. 2, 2018, file photo.

Len Wood, Staff file

More than two dozen inmates and staff at the **Lompoc Federal Correctional Institution have tested positive for COVID-19** over the past month, according to Bureau of Prisons data released Thursday.

The cases include 25 inmates and three staff at the medium-security U.S. Penitentiary who were reported to be infected with the coronavirus, as noted on **the agency's website**, which tracks active cases.

Lompoc prison officials notified Santa Barbara County health officials about the outbreak on Dec. 8 and promptly instituted testing and infection control measures, according to **Paige Batson**, deputy director for the county Public Health Department.

The outbreak comes more than six months after a surge in coronavirus cases infected more than 900 inmates and staff at the Federal Correctional Institution earlier in the year. Four Lompoc inmates have died from the disease.

Bureau of Prisons officials have not responded to an email seeking comment about the latest outbreak.



**Lompoc prison officials release 44 inmates to home confinement; more than 120 deemed eligible**

Both the Federal Correctional Institution and U.S. Penitentiary are a part of the Lompoc Federal Correctional Complex, which also includes two satellite camps, and houses more than 2,000 inmates in total.

Lompoc prison officials already have released dozens of inmates to alternative means of confinement due to the coronavirus, based on orders issued by a judge in a federal lawsuit filed May 16 against Bureau of Prisons Director Michael Carvajal and Louis Milusnic, then-acting warden at the Lompoc Federal Correctional Complex.

In the lawsuit, filed in Los Angeles federal court by the American Civil Liberties Union, five inmates accused Carvajal and Milusnic of not following memoranda issued by Attorney General Bill Barr, under the authority of the CARES Act passed by Congress, to release inmates who are at great risk of the coronavirus.

U.S. District Court Judge Consuelo Marshall approved a preliminary injunction on July 14 and ordered Bureau of Prisons officials to begin the process of identifying and releasing at-risk inmates.



**Screening shortcomings, lack of timely care identified in federal report on Lompoc prison response to COVID-19**

Then, on Oct. 8, Marshall ordered prison officials to expedite the process after they were accused by plaintiffs of not making "full and speedy use of their authority" to release 129 inmates identified eligible for home confinement.

At least 44 Lompoc prison inmates, and more than 18,000 across the federal prison system, have been released to home confinement, according to records.

1/5/2021 25 inmates, 3 staff confirmed positive for COVID-19 at Lompoc prison complex | Crime and Courts | lompocrecord.com

Case 2:03-cr-00075-RCC Document 277-5 Filed 01/25/21 Page 17 of 17

Additionally, at least 100 Lompoc prison inmates have been released to residential reentry halfway houses.

Inmates in home confinement still remain in Bureau of Prisons custody, although they must abide by curfew rules and are monitored electronically under the Federal Location Monitoring Program, according to a Dec. 4 declaration by David Dwyer, a Bureau of Prisons Western Sector administrator who oversees residential reentry managers.

A tentative bench trial that is expected to last from two to four days has been scheduled for 10 a.m. July 6 at a federal courtroom in downtown Los Angeles. A case management conference is scheduled for no later than March 30.



**Dwyer declaration**

## Coronavirus Series: Local impact and reaction to COVID-19 on the Central Coast

We are working hard to get answers about the impact and reaction to the coronavirus in Santa Barbara County, this is a collection of those stories. Do you have a question about coronavirus in Santa Barbara County? Post them to our Facebook page, or email **MCooley@SantaMariaTimes.com**. You can support the work of local journalists working hard in your hometown by signing up for a **News+ Membership online**.