# Exhibit 7

```
TCP15            *         INMATE EDUCATION DATA              *      08-19-2020
PAGE 001         *              TRANSCRIPT                    *      14:02:52

REGISTER NO: 44014-008        NAME..: ACOSTA
FORMAT.....: TRANSCRIPT       RSP OF: LOM-LOMPOC USP              FUNC: PRT

------------------------ EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME  STOP DATE/TIME
LOM  ESL HAS    ENGLISH PROFICIENT           08-04-1999 1439  CURRENT
LOM  GED HAS    COMPLETED GED OR HS DIPLOMA  08-04-1999 1441  CURRENT

------------------------- EDUCATION COURSES ---------------------------------
SUB-FACL  DESCRIPTION                START DATE  STOP DATE  EVNT AC LV   HRS
LOM       AHC MATH 123 ELEMENTARY STATS  01-21-2020  CURRENT
LOM       AHC PSYCHOLOGY 112             01-21-2020  CURRENT
LOM       AHC SOCIOLOGY 110              01-21-2020  CURRENT
LOM       RPP LIFE IN FOCUS (ACTS) PT 2  08-30-2019  CURRENT
LOM       ACE FDIC MONEY SMART PART 1    01-19-2020  03-01-2020   P  C  P    10
LOM       BEAD WORK                      01-13-2020  01-29-2020   P  C  P    12
LOM       AHC POLITICAL SCIENCE 101      08-19-2019  12-05-2019   C  C  P     0
LOM       AHC MATH 331 ALGEBRA 2         08-19-2019  12-05-2019   C  C  P     0
LOM       TUTOR TRAINING WRKSHOP/NIFL 03 08-26-2019  08-30-2019   P  C  P     3
LOM       TUTOR TRAINING WRKSHOP/NIFL 01 07-22-2019  07-26-2019   P  C  P     3
LOM       AHC GEOGRAPHY 102-HUMAN GEOGR  06-10-2019  07-31-2019   C  C  P     0
LOM       RPP LIFE IN FOCUS (ACTS)       02-04-2019  08-23-2019   P  W  I    11
LOM       INTERVIEW JOB FAIR             06-28-2019  06-28-2019   P  C  P     4
LOM       AH MATH 311 ALGEBRA 1          01-22-2019  05-19-2019   C  C  P     0
LOM       AHC PSYCHOLOGY 119             01-22-2019  05-19-2019   C  C  P     0
LOM       AHC PSY 118 LIFESPAN DEV       08-20-2018  12-13-2018   C  C  P     0
LOM       ACE OSHA 10 HOUR CERTIFICATION 12-04-2018  12-04-2018   P  W  V     0
LOM       ALTERN VIOLENCE FACILITATOR    09-29-2018  09-30-2018   P  C  P    18
LOM       MATH TUTOR TRAINING            09-27-2018  10-04-2018   P  C  P    10
LOM       MATH TUTOR TRAINING            10-17-2018  10-24-2018   P  C  P    10
LOM       MATH TUTOR TRAINING            09-14-2018  09-14-2018   P  C  P    10
LOM       MATH TUTOR TRAINING            09-07-2018  09-07-2018   P  C  P    10
LOM       MATH TUTOR TRAINING            08-29-2018  08-29-2018   P  C  P    10
LOM       AHC BUSINESS 160 BUSINESS COM  06-11-2018  08-02-2018   C  C  P     0
LOM       AHC ECONOMICS 130 CONS FINANCE 06-11-2018  08-02-2018   C  C  P     0
LOM       CL POLITICAL SCIENCE 180       06-11-2018  08-17-2018   C  W  I     0
LOM       CCL PHILOSOPHY 120             06-11-2018  08-17-2018   C  W  I     0
LOM       CCL ASTRONOMY 100              06-11-2018  08-17-2018   C  W  I     0
LOM       MATH TUTOR TRAINING            07-11-2018  08-02-2018   P  C  P    10
LOM       MATH TUTOR TRAINING            06-27-2018  07-10-2018   P  C  P    10
LOM       AHC COMPARATIVE POLITICS       06-06-2018  06-26-2018   P  C  P    10
LOM       AHC PSYCHOLOGY 113             01-22-2018  05-23-2018   C  C  P     0
LOM       AHC GEO 101 PHYSICAL GEO       01-22-2018  05-23-2018   C  C  P     0
LOM       CCL PSYCHOLOGY 100             01-29-2018  05-18-2018   C  C  P     0
LOM       CL HISTORY 185                 01-29-2018  05-18-2018   C  C  P     0
LOM       CCL HISTORY 175                01-29-2018  05-18-2018   C  C  P     0
LOM       ALTERN VIOLENCE FACILITATOR    02-24-2018  03-05-2018   P  C  P    18
LOM       CL SOCIOLOGY 120               08-28-2017  12-16-2017   C  C  P     0
LOM       AHC ENGLISH 101 FRESHMAN COMP  08-21-2017  12-07-2017   C  C  P     0

G0002        MORE PAGES TO FOLLOW . . .
```

```
TCP15              *        INMATE EDUCATION DATA        *      08-19-2020
PAGE 002           *            TRANSCRIPT               *      14:02:52

REGISTER NO: 44014-008     NAME..: ACOSTA
FORMAT.....: TRANSCRIPT     RSP OF: LOM-LOMPOC USP          FUNC: PRT
```

```
----------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE  EVNT AC LV    HRS
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| LOM | AHC MATH 531 PRE-ALGEBRA | 08-21-2017 | 12-07-2017 | C | C | P | 0 |
| LOM | AHC PHYS ED BASKETBALL | 08-21-2017 | 12-07-2017 | C | C | P | 0 |
| LOM | ACE POWER BASIC ALGEBRA UNIT 5 | 09-02-2017 | 09-30-2017 | P | C | P | 10 |
| LOM | ACE POWER BASIC ALGEBRA UNIT 4 | 07-29-2017 | 08-26-2017 | P | C | P | 10 |
| LOM | ALTERN VIOLENCE FACILITATOR | 09-26-2017 | 10-05-2017 | P | C | P | 18 |
| LOM | AHC GEOGRAPHY 103-WRLD REGIONL | 06-12-2017 | 08-08-2017 | C | C | P | 0 |
| LOM | AHC SOCIOLOGY 101-INTRO TO SOC | 06-12-2017 | 08-08-2017 | C | C | P | 0 |
| LOM | NEW READ PRESS TUTOR TRNG 13 | 07-01-2017 | 07-31-2017 | P | C | P | 5 |
| LOM | NEW READ PRESS TUTOR TRNG 12 | 07-01-2017 | 07-31-2017 | P | C | P | 5 |
| LOM | ACE POWER BASIC ALGEBRA UNIT 3 | 06-17-2017 | 07-15-2017 | P | C | P | 10 |
| LOM | ALTERN VIOLENCE FACILITATOR | 07-09-2017 | 07-09-2017 | P | C | P | 18 |
| LOM | AHC STEP AEROBICS | 01-23-2017 | 05-26-2017 | C | C | P | 0 |
| LOM | AHC HEALTH/FIRST AID/CPR | 03-31-2017 | 05-26-2017 | C | C | P | 0 |
| LOM | AHC HEALTH EDUCATION 100 | 01-23-2017 | 05-26-2017 | C | C | P | 0 |
| LOM | AHC ANTHROPOLOGY 102 | 01-23-2017 | 05-26-2017 | C | C | P | 0 |
| LOM | ACE POWER BASIC ALGEBRA UNIT 2 | 05-27-2017 | 06-17-2017 | P | C | P | 10 |
| LOM | NEW READ PRESS TUTOR TRNG 11 | 06-07-2017 | 06-07-2017 | P | C | P | 5 |
| LOM | NEW READ PRESS TUTOR TRNG 10 | 05-17-2017 | 05-17-2017 | P | C | P | 5 |
| LOM | NEW READ PRESS TUTOR TRNG 09 | 05-03-2017 | 05-03-2017 | P | C | P | 5 |
| LOM | ACE POWER BASIC ALGEBRA UNIT 1 | 04-22-2017 | 05-13-2017 | P | C | P | 10 |
| LOM | ALTERN VIOLENCE TRAIN 4 FACIL | 03-11-2017 | 03-12-2017 | P | C | P | 18 |
| LOM | ADVANCED ALTERNATIVE VIOLENCE | 02-11-2017 | 02-12-2017 | P | C | P | 18 |
| LOM | BASIC ALTERNATIVE TO VIOLENCE | 10-01-2016 | 10-02-2016 | P | C | P | 18 |
| LOM | ALTERN VIOLENCE FACILITATOR | 06-02-2017 | 06-03-2017 | P | C | P | 18 |
| LOM | NEW READ PRESS TUTOR TRNG 08 | 04-19-2017 | 04-19-2017 | P | C | P | 5 |
| LOM | NEW READ PRESS TUTOR TRNG 07 | 04-05-2017 | 04-05-2017 | P | C | P | 5 |
| LOM | NEW READ PRESS TUTOR TRNG 06 | 03-24-2017 | 03-24-2017 | P | C | P | 5 |
| LOM | INTERVIEW JOB FAIR | 03-23-2017 | 04-04-2017 | P | C | P | 4 |
| LOM | KEY BOARDING CLASS | 10-25-2016 | 12-27-2016 | P | C | P | 20 |
| LOM | DRAWING & SKETCH CLASS | 09-01-2016 | 09-15-2016 | P | C | P | 12 |
| LOM | BEGINNING CERAMICS | 08-30-2016 | 09-14-2016 | P | C | P | 12 |
| LAT | CAREER GUIDANCE TUES 1230-230 | 01-25-2016 | 01-25-2016 | P | C | P | 8 |
| LAT | POSITIVE THINKING BOOK CLUB | 11-30-2015 | 12-28-2015 | ACE | P | C | 10 |
| SHE | INTER.WALKING | 01-23-2015 | 04-04-2015 | P | C | P | 30 |
| SHE | EX OFFENDER PANEL (E4) | 03-06-2015 | 03-06-2015 | P | C | P | 2 |
| SHE | WALKING CLASS 1-2PM M-F | 10-11-2014 | 01-03-2015 | P | C | P | 30 |
| SHE | RELIGION 101: BASIC FCI | 07-07-2014 | 10-28-2014 | P | C | P | 60 |
| SHE | SANITATION | 05-07-2014 | 07-09-2014 | P | C | P | 20 |
| SHE | BEG PIANO 2-3 MON & WED | 04-23-2014 | 07-02-2014 | P | C | P | 20 |
| SHE | EX OFFENDER PANEL (E4) | 04-01-2014 | 04-01-2014 | P | C | P | 2 |
| SHE | SOLAR TECHNICIAN 4000HR | 03-01-2013 | 10-29-2013 | P | W | I | 600 |
| SHE | MEXICAN HISTORY SUND. 6-8PM | 02-17-2013 | 03-21-2013 | P | C | P | 20 |
| SHE | TEACHER AIDE 1 4000 HRS | 07-16-2011 | 09-15-2012 | P | C | A | 4000 |
| SHE | ARTISTIC PAINT 9-10:30 MON-FRI | 10-08-2012 | 01-06-2013 | P | C | P | 50 |
| SHE | BEG SKETCHING 12-1PMMWF | 10-08-2012 | 01-06-2013 | P | C | P | 30 |

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
TCP15          *        INMATE EDUCATION DATA      *      08-19-2020
PAGE 003 OF 003 *              TRANSCRIPT          *      14:02:52

REGISTER NO: 44014-008    NAME..: ACOSTA
FORMAT.....: TRANSCRIPT    RSP OF: LOM-LOMPOC USP          FUNC: PRT
```

--------------------------- EDUCATION COURSES ----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| SHE | VT/OJT WOODWORKING/TOY(E6) | 05-15-2012 | 08-24-2012 | P | C | C | 320 |
| SHE | CHEMEKETA BUSINESS COMP. PRG | 04-01-2011 | 07-29-2012 | P | C | C | 150 |
| SHE | ACE LEATHER CLASS THURSDAY PM | 01-08-2012 | 03-16-2012 | P | C | P | 16 |
| SHE | EXCEL VT CLASS(E6) | 10-03-2011 | 01-04-2012 | P | C | P | 16 |
| SHE | ADV LEATHER 9-10:30 M & W | 09-29-2011 | 12-15-2011 | P | C | P | 16 |
| SHE | VT WORD M-H 1:30 PM | 06-06-2011 | 09-01-2011 | P | C | M | 100 |
| SHE | CHEMEKETA PUBLISHER FCI | 06-21-2011 | 08-26-2011 | P | W | I | 30 |
| SHE | APPRENT- CAREER RES CLK FCI | 08-01-2010 | 07-24-2011 | P | C | A | 2000 |
| SHE | GOOGLESKETCH-UP 12:00-1:30PM | 02-07-2011 | 05-09-2011 | P | C | M | 100 |
| SHE | PARENTING MONDAY-FRIDAY AM | 01-03-2011 | 03-04-2011 | P | C | P | 60 |
| SHE | POWERPOINT VT M-F 12-1:30 | 11-10-2010 | 01-18-2011 | P | C | M | 100 |
| SHE | SOLAR TECHNOLOGY SUNDAY | 06-21-2010 | 09-07-2010 | P | C | P | 30 |
| TCN | CYCLE CLASS (SPINNING) | 04-02-2009 | 04-15-2009 | P | W | I | 3 |
| TCN | ENGLISH PARENTING CLASS | 02-09-2009 | 04-08-2009 | P | C | P | 22 |
| TCN | KEEPING A DAILY JOURNAL | 01-20-2009 | 03-12-2009 | P | C | P | 16 |
| TCN | FCI RECREATION WALKING CLASS | 02-04-2009 | 02-08-2009 | P | W | I | 0 |
| TCN | TOURNAMENT MANAGEMENT CLASS | 02-05-2009 | 02-05-2009 | P | C | P | 8 |
| TCN | EL RIO HEALTH CLASSES | 01-28-2009 | 01-28-2009 | P | C | P | 2 |
| VIP CODE | WATERCOLOR PAINTING CLASS | 08-20-2008 | 09-24-2008 | P | C | P | 10 |
| VIP CODE | WATERCOLOR PAINTING CLASS | 03-06-2006 | 04-24-2006 | P | C | P | 10 |
| VIP CODE | VVCC ASE SUSPENSION/ALIGNMENT | 05-03-2006 | 08-09-2006 | P | W | V | 125 |
| VIP CODE | LEARNING TECHINQUES | 08-19-2006 | 08-19-2006 | P | C | P | 1 |
| VIP CODE | HANDBALL OFFICATING CLASS | 04-30-2006 | 05-01-2006 | P | C | P | 8 |
| VIP CODE | MICROSOFT WORD | 11-04-2005 | 12-05-2005 | P | C | E | 24 |
| VIP CODE | CODE WELLNESS | 04-27-2006 | 05-24-2006 | P | C | P | 9 |
| VIP CODE | VVCC ASE AUTO TRANS OVRHAUL | 01-04-2006 | 05-03-2006 | P | C | C | 168 |
| VIP CODE | VVCC ASE BRAKES | 10-17-2005 | 12-14-2005 | P | C | C | 168 |
| VIP | INTRO TO COMPUTERS | 10-03-2005 | 11-04-2005 | P | C | E | 25 |
| VIP | WEIGHT CONTROL CLASS (C3) | 09-15-2005 | 10-10-2005 | P | C | P | 9 |
| LEW | LEISURE ACT/SUMMER BSKBALL2000 | 07-25-2000 | 09-14-2000 | P | C | P | 50 |
| PHX | APP PLUMBING 8000 HRS | 11-01-1999 | 04-11-2000 | P | W | I | 206 |
| PHX | RPP/COM - COMM CORR DIR INFO | 02-29-2000 | 02-29-2000 | P | C | P | 1 |
| PHX | RPP/HLTH - AIDS AWARENESS | 08-04-1999 | 08-04-1999 | P | C | P | 1 |

--------------------------- HIGH TEST SCORES ----------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|------|---------|-------|-----------|-----------|------|-------|
| GED PRAC | LIT/ARTS | 560.0 | 09-09-2005 | VIP | PA | CA |
|  | MATH | 450.0 | 09-16-2005 | VIP | PE | CA |
|  | SCIENCE | 490.0 | 09-09-2005 | VIP | PA | CA |
|  | SOC STUDY | 580.0 | 09-09-2005 | VIP | PA | CA |
|  | WRITING | 510.0 | 09-09-2005 | VIP | PA | CA |

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```



# Certificate of Achievement

## Mr. Andrew Acosta

Has Successfully Completed:
The Self-Study Handbook Entitled, "Better
Money Management A Guide for Reaching
Your Goals" at FCI La Tuna on 6/21/2016

A. LaBelle Psy.D
Staff Psychologist

Federal Bureau Of Prisons FCI La Tuna

Date



# Certificate of Achievement

Mr. Andrew Acosta

Has Successfully Completed:
The Self-Study Handbook Entitled, "Living on
the Outside: A Pre-Release Handbook" at FCI
La Tuna on 5/25/2016

A. LaBelle, Psy.D.
Staff Psychologist

Federal Bureau Of Prisons, FCI La Tuna

Date

# Certificate of Achievement

**This certifies that**

## Andrew Acosta

has satisfactorily completed

## Key Board Class

Consisting of ___20___ Hours of Training

This certificate is hereby issued this ___27___ day of ___December___, 20 ___16___



Recreation Department



# El Rio Health Center

is pleased to award this

## Certificate of Attendance

to

Andrew Acosta

For Successfully Completing

Anger Management II

C W_____
Instructor



# Congratulations

Gay Evans
Director, The Health Education Project

# El Rio Health Center

### is pleased to award this

# Certificate of Attendance

to

Andrew Acosta

For Successfully Completing

Anger Management

# Congratulations

_____
Instructor

_____
Gary Evans
Director, The Health Education Project

FCC LOMPOC – MEDIUM
PSYCHOLOGY PROGRAMS

# CERTIFICATE OF COMPLETION

TO

## Andrew Acosta

44014-008

FOR COMPLETION OF

## Anger Management Group Therapy

S. Framor, Psy.D., Staff Psychologist
June 21, 2019



# Certificate of Achievement

This certifies that

## Andrew Acosta 44014-008

**has satisfactorily completed**

*Pre-Release Education and Planning*
*Self-Awareness Course (Facilitator)*
Consisting of ___8___ Hours of Training

This certificate is hereby issued this ___02___ day of ___February___ , 20 __18__



A. Diaz, Correctional Counselor

J. Wyatt, Unit Manager

# Certificate of Completion

This is to certify that:

## Andrew Acosta # 44014-008

Has successfully completed the

*Pre-Release Education and Planning*

*Life Skills Course*

Requiring —— 8 —— hours of Training

In Witness Thereof the Undersigned

Given this —— 15 —— day of —— March ——, two thousand —— 17 ——

A. Diaz, Correctional Counselor

J. Wyatt, Unit Manager

# Certificate of Achievement

Federal Correctional Complex, Lompoc, CA.

Awarded to:

Andrew Acosta

For successful completion of the

*"99' Days and A Get Up" Reentry Program.*

You are therefore honored

This 3rd day of MARCH 2007

Mrs. Woodard,
Reentry Affairs Coordinator

Mrs. Wolfe,
Reentry Affairs Coordinator



# Certificate of Achievement

### This certifies that

## Andrew Acosta 44014-008

has satisfactorily completed

*Pre-Release Education and Planning*

*Self-Awareness Course (Facilitator)*

Consisting of ___8___ Hours of Training

This certificate is hereby issued this ___05___ day of ___October___, 20 17



A. Diaz, Correctional Counselor

J. Wyatt, Unit Manager

# Certificate of Completion

This is to certify that:

*Andrew Acosta # 44014-008*

Has successfully completed the

*Pre-Release Education and Planning*

*Self-Awareness Course*

Requiring — 8 — hours of Training

In Witness Thereof the Undersigned

Given this — 22 — day of — March —, two thousand — 17 —

A. Diaz, Correctional Counselor

J. Wyatt, Unit Manager

# Certificate of Achievement

This certifies that

## Andrew Acosta 44014-008

has satisfactorily completed

Pre-Release Education and Planning

Resume Writing Course (Facilitator)

Consisting of __8__ Hours of Training

This certificate is hereby issued this __08__ day of __October__, 20__18__







A. Diaz, Correctional Counselor

J. Wyatt, Unit Manager

# Certificate of Achievement

**This certifies that**

*Acosta Andrew 44014-008*

**has satisfactorily completed**
*Pre-Release Education and Planning*

*Soft Skills Course*
Consisting of __8__ **Hours of Training**

This certificate is hereby issued this __02__ **day of** __February__ **, 20** __18__



A. Diaz, Correctional Counselor

J. Wyatt, Unit Manager

# Certificate of Completion



THIS CERTIFICATE IS PRESENTED BY
THE SHERIDAN EDUCATION DEPARTMENT

TO

## ANDREW ACOSTA

WHO HAS COMPLETED 60 HOURS
OF THE PARENTING CLASSES

THIS CERTIFICATE OF COMPLETION IS
AWARDED THIS 4TH DAY OF MARCH, 2011

_____
Parenting Program Coordinator


Supervisor of Education





# El Paso Community College

The Best Place to Start

# Certificate Of Completion

*Awarded to*

*Andrew Acosta*

For satisfactorily completing 38 hours of instruction in

**Business Math**

This 15th day of January 2016

*Barry Bogle*
Director of Law Enforcement
Training Academy and Driver Training



*Instructor: Alejandra Gonzalez*

# Certificate of Achievement

**This certifies that**

## *Andrew Acosta 44014-008*

**has satisfactorily completed**

*Pre-Release Education and Planning*
*Self-Awareness Course (Facilitator)*
*Consisting of ___8___ Hours of Training*

This certificate is hereby issued this ___08___ day of ___May___, 20__18__



A. Diaz, Correctional Counselor



J. Wyatt, Unit Manager

# Certificate of Achievement

This certifies that

## ANDREW ACOSTA

has satisfactorily completed

## DRAWING CLASS

Consisting of ___12___ Hours of Training

This certificate is hereby issued this ___15___ day of September , 20 16

_____
Recreation Department

# CERTIFICATE OF COMPLETION

Let it be known that

## ANDREW ACOSTA

Has satisfactorily Instructed 10 hours of required work at
Federal Correctional Institution La Tuna for the ACE study class

# POSITIVE BOOK CLUB COURSE

DECEMBER 28, 2015

J. Apodaca, Adult Continuing Education Coordinator

# CERTIFICATE OF COMPLETION

Let it be known that

## ANDREW ACOSTA

Has satisfactorily completed 4 hours of required work at
Federal Correctional Institution La Tuna for the ACE study class

## Career Guidance Course

JANUARY 25, 2016

J. Apodaca, Adult Continuing Education Coordinator

# El Paso Community College

The Best Place to Start

# Certificate Of Completion

Awarded to

**Andrew Acosta**

For satisfactorily completing 48 hours of instruction in

**Office Technology Keyboarding**

This 5th day of February 2016

*Barry Bogle*
Director of Law Enforcement
Training Academy and Driver Training



*Instructor Alejandra Gonzalez*

# El Paso Community College

The Best Place to Start

# Certificate Of Completion

Awarded to

## Andrew Acosta

For satisfactorily completing 20 hours of instruction in

## Office Technology Introduction to Computers

This 10th day of February 2016

_Barry Bogle_
Director of Law Enforcement
Training Academy and Driver Training

_Alejandra Gonzalez_
Instructor: Alejandra Gonzalez

# El Paso Community College

The Best Place to Start

## Certificate Of Completion

Awarded to

*Andrew Acosta*

For satisfactorily completing 38 hours of instruction in

*Writing Skills*

This 7th day of December 2015

*Barry Bogle*
Director of Law Enforcement
Training Academy and Driver Training


EL PASO · COMMUNITY · COLLEGE

*Alejandra Gonzalez*
Instructor: Alejandra Gonzalez

# Certificate of Appreciation

### Federal Bureau of Prisons
### Federal Correctional Complex
### Lompoc, California

This Certificate is Presented to

# Andrew Acosta

## Education Tutor

For outstanding service top the students and staff in the Education Department

### 28 September 2017

_____
**Mr. Matthew S. Brown**
Supervisor of Education

_____
**Mr. Matthew S. Hoskins**
Assistant Supervisor of Education

# Certificate of Recognition

In recognition of

## Andrew Acosta

### General Educational Development Tutor

For dedication as a

FCC Lompoc, Medium
Thereby receiving this award on
June 7, 2018

Mr. M. Hoskins
Assistant Supervisor of Education

44014-008

Mr. M. Brown
Supervisor of Education

# Certificate of Recognition

*In recognition of*

## Andrew Acosta

*For continued excellence as a*

## Education Tutor

FCC Lompoc, Medium
July 30, 2019

44014-008

Mr. M. Hoskins
Assistant Supervisor of Education

Mr. R. Bills
Supervisor of Education



# Certificate of Completion

## Parenting

This is to certify that

# Andrew Acosta

has shown competency in establishing and/or reestablishing a connection with his child/children, issued this date of March 30, 2009

Education Department, FCC Tucson
Tucson, Arizona

*T. Smith*
T. Smith, Teacher

*C. Shafer-Vazquez*
C. Shafer-Vazquez, Supervisor of Education



# Certificate of Facilitation

THIS CERTIFICATE IS PRESENTED BY
THE SHERIDAN EDUCATION DEPARTMENT

TO

## ANDREW ACOSTA

WHO HAS COMPLETED 60 HOURS
OF THE PARENTING CLASS FACILITATION

THIS CERTIFICATE OF COMPLETION IS
AWARDED THIS 5TH DAY OF JANUARY, 2012

_Parenting Program Coordinator_

_Supervisor of Education_

The AVP Training for Facilitators Workshop focuses on developing a team contract and cooperative leadership styles. The goal is to empower individuals as leaders and AVP facilitators.

Participants in the T4F Workshop have gained experience in:

   Working as part of an effective leadership team.
   Providing and receiving feedback
   Personally communicating the concept of Transforming Power.
   Using role plays to encourage non-violent conflict resolution.
   Building a sense of community in a workshop.
   Developing self-confidence as a leader.

Upon the successful completion of the Basic, Advanced and T4F workshops, one is eligible, if so desired, to become an apprentice facilitator and serve for at least three 18-hour workshops on AVP workshop teams composed of experienced and apprentice facilitators in order to receive a certificate as a Facilitator

*For more information go to www.AVPcalifornia.org.*
*Contact: P.O. Box 3294, Santa Barbara, CA 93130*
*800/905-6765*

# Certificate

of completion of a

## Alternatives to Violence Project (AVP)

workshop for training in nonviolence

This certificate is awarded to

## Andrew Acosta

Who has satisfactorily completed the

## Training for Facilitators Workshop

in Nonviolent Conflict Resolution
and is eligible to be an Apprentice Facilitator

under the sponsorship of AVP California

www.AVPCalifornia.org

Location: FCI Lompoc

Facilitators: *[signature]*

*[signature]* Stephen Pope

Date: March 17, 2017

# Certificate

of completion of a

workshop for training in nonviolence

## Alternatives to Violence Project (AVP)

This certificate is awarded to

## Andrew Acosta

Who has satisfactorily completed the

Second Level (Advanced) Course

in Nonviolent Conflict Resolution

under the sponsorship of AVP California

www.AVPCalifornia.org

Location: FCC Lompoc

Facilitators: _Adventurous Aardvark Eagle_

_Adventurous Aardvark Eagle_

Date: _February 12, 2017_

_Henry Diaz_

_Joyful John Merla_

# Certificate

of completion of a
workshop for training in nonviolence

## Alternatives to Violence Project (AVP)

This certificate is awarded to

## Andrew Acosta

Who has satisfactorily completed the
Basic Course in Nonviolent Conflict Resolution
Under the sponsorship of AVP California
www.AVPCalifornia.org

Location: FCC Lompoc -

Facilitators:

Date: October 2, 2016

# The United States Department of Labor

## Office of Apprenticeship

## Certificate of Completion of Apprenticeship

This is to certify that

**ANDREW ACOSTA**

has completed an apprenticeship for the occupation

**CAREER RESOURCE CLERK**

under the sponsorship of

**SHERIDAN MULTI-TRADE APPRENTICESHIP PROGRAM**

in accordance with the basic standards of apprenticeship
established by the Secretary of Labor





July 13, 2011
_____
Date Completed

_____
Secretary of Labor

_____
Administrator, Office of Apprenticeship

**Program Registration and Apprenticeship Agreement**
Office of Apprenticeship

**U.S. Department of Labor**
Employment and Training Administration

## APPRENTICE REGISTRATION-SECTION II

OMB No. 1205-0223 Expires: 04-30-2015

**Warning:** This agreement does not constitute a certification under Title 29, CFR, Part 5 for the employment of the apprentice on Federally financed or assisted construction projects. Current certifications must be obtained from the Office of Apprenticeship (OA) or the recognized State Apprenticeship Agency shown below. (Item 22)

The program sponsor and apprentice agree to the terms of Apprenticeship Standards incorporated as part of this Agreement. The sponsor will not discriminate in the selection and training of the apprentice in accordance with the Equal Opportunity Standards in Title 29 CFR Part 30.3, and Executive Order 11246. This agreement may be terminated by either of the parties, citing cause(s), with notification to the registration agency, in compliance with Title 29, CFR, Part 29.6.

**PART A: TO BE COMPLETED BY APPRENTICE. NOTE TO SPONSOR: PART A SHOULD ONLY BE FILLED OUT BY APPRENTICE.**

1. Name (Last, First, Middle), Address(No.,Street,City,Zip Code), and *Social Security Number (Voluntary - See Reverse).

ACOSTA, ANDREW VINCENT

*****0996

FCI SHERIDAN 27072 BALLSTON RD

SHERIDAN, OR 97378 - 8000

Answer Both A And B (Definitions on reverse)

4. a. Ethnic Group (mark one)
Hispanic

b. Race (mark one or more)
White

5. Veteran Status (Mark one)
Non-Veteran

6. Highest education level (Mark one)
Post Secondary or Technical Training

2. Date of Birth(Mo., Day, Yr.)
12/10/1970

3. Sex (Mark one)
Male

7. Career Linkage or Direct Entry (Mark one) (Instructions on reverse)  Incumbent Worker

8. Signature of Apprentice                Date

9. Signature of Parent/Guardian(if minor)             Date

**PART B: TO BE COMPLETED BY SPONSOR.**

10. Sponsor Program No.   **OR00007002**
Sponsor Name and Address(No. Street, City, County, State, Zip Code)

FCI SHERIDAN

27072 BALLSTON RD

SHERIDAN, OR  97378 - 9620

11a. Trade/Occupation (The work processes listed in the standards are part of this agreement)
TEACHER AIDE I

11b. Occupation Code
0657

12. Term (Hrs.,Mos.,Yrs.)
4000 Hours

13. Probationary Period (Hrs.,Mos.,Yrs.)
1000 Hours

14. Credit for previous Experience (Hrs.,Mos.,Yrs.)
600 Hours

15. Term remaining (Hrs.,Mos.,Yrs.)
3400 Hours

16. Date apprenticeship begins
07/17/2011

17a. Related Instruction
288 Hours

17b. Apprentice wages for Related Instruction
Will not be paid

17c. Related Training Instruction Source
FEDERAL CORRECTIONAL INSTITUTE

18. Wages: (Instruction on reverse)
18a. Pre-Apprenticeship Hourly Wages: $0.17 /hour

18b. Apprentice's Entry Hourly Wage
$0.29 /hour

18c. Journeyworker's Hourly Wage
$0.40 /hour

| Period | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 18d. Term(Hrs.,Mos.,Yrs.) | 2000 | 2000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18e. Wage Rate: $ | 0.12 | 0.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

19. Signature of Sponsor's Representative(s)        Date Signed

20. Signature of Sponsor's Representative(s)        Date Signed

21. Name and address of sponsor designee to receive complaints
ROCHELLE HARRIS
27072 BALLSTON RD
SHERIDAN, OR  97378

**PART C: TO BE COMPLETED BY REGISTRATION AGENCY.**

22. Registration agency and address
USDOL/ETA/OA
1220 SW THIRD AVE. 629
PORTLAND OR 97204

23. Signature (Registration agency)

(WETMORE, ANNE)

24. Date registered
08/16/2011

25. Apprentice Identification Number (Definition on reverse): **AZ99E004315**

Page 1 of 2

ETA 671 - Section II (Rev. January 2009)

Item 4.a Definitions:

U.S. Department of Labor
Apprenticeship Agreement Employment and Training Administration
Office of Apprenticeship Training,
Employer and Labor Services (OATELS)

AZ 99 E 004315 

| APPRENTICE REGISTRATION-SECTION II | OMB No. 1205-0223  Expires: 10/31/200 |
|---|---|

**Warning:** This agreement does not constitute a certification under Title 29, CFR, Part 5 for the employment of the apprentice on Federally financed or assisted construction projects. Current certifications must be obtained from the Bureau of Apprenticeship and Training or the recognized State Apprenticeship Agency shown below. (Item 22)

The program sponsor and apprentice agree to the terms of the Apprenticeship Standards incorporated as part of this Agreement. The sponsor will not discriminat in the selection and training of the apprentice in accordance with the Equa Opportunity Standards in Title 29 CFR Part 30.3, and Executive Order 11246. Thi agreement may be terminated by either of the parties, citing cause(s), wit notification to the registration agency, in compliance with Title 29, CFR, Part 29.6

PART A: TO BE COMPLETED BY APPRENTICE. NOTE TO SPONSOR: PART A SHOULD ONLY BE FILLED OUT BY APPRENTICE

**Name (Last, First, Middle) and Address**
(No., Street, City, State, Zip Code)

ACOSTA ANDREW
F.C.I. Sheridan
PO Box 5000
Sheridan, Oregon
97378    44014008

**\*Social Security Number**
(Voluntary - See reverse)

526 - 61 - 0996

**Answer Both A and B (Voluntary)**
(Definitions on reverse)

4. a. Ethnic Group (Mark one)
☒ Hispanic or Latino
☐ Not Hispanic or Latino

b. Race (Mark one or more)
☐ Am. Indian or Alaska native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or other Pacific Islander
☐ White

**5. Veteran Status (Mark one)**
☒ Non-Veteran
☐ Veteran

**6. Education Level (Mark one)**
☐ 8th grade or less
☐ 9th to 12th grade
☐ GED
☐ High School Graduate
☒ Post Secondary or Technical Training

**2. Date of Birth (Mo., Day, Yr.)**
12-10-70

**3. Sex (Mark one)**
☒ Male    ☐ Female

**7. Career Linkage or Direct Entry (Mark one) (Instructions on reverse)**
☐ None
☐ Incumbent Worker
☐ Adult
☐ Job Corps
☐ Youth
☐ Dislocated Worker
☐ HUD/STEP-UP
☐ Direct Entry:
☐ School-to-Registered-Apprenticeship

**8. Signature of Apprentice**   Date
Andrew Acosta   6-15-11

**9. Signature of Parent/Guardian (if minor)**   Date

PART B: TO BE COMPLETED BY SPONSOR

**10. Sponsor Program No.**   OR000070002

**Sponsor Name and Address** (No. Street, City, County, State, Zip Code)

FCI SHERIDAN
27072 SW BALLSTON ROAD
SHERIDAN, OR 97378-9620

**11a. Trade/Occupation** (The work processes listed in the standards are part of this agreement).

**Teacher Aide I**

| 11b. Occupation Code | 12. Term (Hrs., Mos., Yrs.) | 13. Probationary Period (Hrs., Mos., Yrs.) |
|---|---|---|
| 0657 | 4000 Hrs. | 1000 Hrs. |

| 14. Credit for Previous Experience (Hrs., Mos., Yrs.) | 15. Term Remaining (Hrs., Mos., Yrs.) | 16. Date Apprenticeship Begins |
|---|---|---|
| 600 | 3390 | 7/16/11 |

**17a. Related Instruction** (Number of Hours Per Year)

**17b. Apprentice Wages for Related Instruction**
☐ Will Be Paid
☐ Will Not Be Paid

**17c. Related Training Instruction Source**
DVD / Organizational Instruct.

**18. Wages:** (Instructions on reverse)

**18a.** Pre-Apprenticeship Hourly Wage $ .17¢   **18b.** Journeyworker's Hourly Wage $ .40¢   **18c.** Apprentice's Entry Hourly Wage $ .29¢

| 18d. Term (Hrs., Mos., Yrs.) | Period 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 18e. Wage Rate (Mark one) % ☐ or $ ☐ | | .45 | Per Inst. Wage | | | | | | | |

**19. Signature of Sponsor's Representative(s)**   Date Signed
8/6/11

**20. Signature of Sponsor's Representative(s)**   Date Signed
Mulhern.

**21. Name and Address of Sponsor Designee to Receive Complaints** (If applicable)
FCI Sheridan Education Dept.
27072 SW Ballston Road
Sheridan, OR 97378-9620

PART C: TO BE COMPLETED BY REGISTRATION AGENCY

**22. Registration Agency and Address**

**23. Signature (Registration Agency)**

**24. Date Registered**

**25. Apprentice Identification Number (Definition on reverse):**

ETA 671 – Section II (Rev. November 2



# Certificate of Achievement

This certificate is presented by the

**Sheridan Education Department to**

## ANDREW ACOSTA

FOR SUCCESSFULLY COMPLETING 4000 HOURS OF TRAINING

TEACHER AIDE 1 APPRENTICESHIP

THIS CERTIFICATE IS HERBY ISSUED ON THIS

25TH DAY OF OCTOBER 2012

Supervisor of Education  S. Cain

© GOES 445
All Rights Reserved

LITHO. IN U.S.A.

# The United States Department of Labor

## Office of Apprenticeship

## Certificate of Completion of Apprenticeship

This is to certify that

**ANDREW ACOSTA**

has completed an apprenticeship for the occupation

**TEACHER AIDE I**

under the sponsorship of

**FCI SHERIDAN**

in accordance with the basic standards of apprenticeship
established by the Secretary of Labor

Date Completed

**September 16, 2012**

_Apprenticeship Coordinator_



_Secretary of Labor_

_Administrator, Office of Apprenticeship_



# CERTIFICATE OF COMPLETION

**Andrew Acosta**

Register No# 44014-008

## has completed

USP VICTORVILLE, DRUG ABUSE PROGRAM

## Drug Education

## August 24, 2006

M. Escobedo, Drug Treatment Specialist

S. Caraveo, DAP Coordinator



Certificate of Achievement

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
FEDERAL CORRECTIONAL COMPLEX, LOMPOC, CA

Awarded to

Andrew Acosta
94041-008

For Successful Completion of the
Non-Residential Program.

FEDERAL BUREAU OF PRISONS

_____
Clegg, Ph.D., DAP Coordinator

May 10, 2017
Date

# myHancock

Allan Hancock Degree Works Report

☑ Health and Wellness - Option 3

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Physical Activity | PE 143 | Step Aerobics | A | 1 | Spring 2017 |
| | PE 167 | Basketball | B | 1 | Fall 2017 |
| ☑ Health Education or First Aid Safety | HED 100 | Health and Wellness | B | 3 | Spring 2017 |

## ☑ Competency Requirements

| | | | | | |
|---|---|---|---|---|---|
| ☑ COMPETENCY IN WRITTEN EXPRESSION REQUIREMENT | | | | | |
| ☑ Writing in Career/Tech Fields or Freshman Comp | ENGL 101 | Freshman Comp: Exposition | B | 4 | Fall 2017 |
| ☑ COMPETENCY IN MATHEMATICS REQUIREMENT | | | | | |
| ☑ Select one of the following Math classes. | MATH 331 | Algebra 2 | C | 4 | Fall 2019 |

## AHC General Education Requirements

| | | | | | |
|---|---|---|---|---|---|
| ☑ CATEGORY 1: NATURAL SCIENCES | | | | | |
| ☑ Natural Sciences Requirement | GEOG 101 | Physical Geography | A | 3 | Spring 2016 |
| ☑ CATEGORY 2: HUMAN INSTITUTIONS | | | | | |
| ☑ A. Social Science Requirement | PSY 119 | Abnormal Psychology | B | 3 | Spring 2019 |
| ☑ B. American History or Government Requirement | HIST 108 | U S History 1877 to Present | TA | 3 | Spring 2019 |
| | Satisfied by | HIST0175 - U.S. History Since 1876 - Coastline Community College | | | |
| ☑ CATEGORY 3: HUMANITIES | | | | | |
| ☑ Humanities Requirement | HIST 105 | Western Civilization Since 166 | TC | 3 | Spring 2016 |
| | Satisfied by | HIST0185 - Western Civilization 2 - Coastline Community College | | | |
| ☑ CATEGORY 4: LANGUAGE AND RATIONALITY | | | | | |
| ☑ A. Written Composition Requirement | ENGL 101 | Freshman Comp: Exposition | B | 4 | Fall 2017 |
| ☑ B. Communication & Analytical Thinking Requirement | MATH 123 | Elementary Statistics | IP | (4) | Fall 2020 |
| ☑ CATEGORY 5: LIVING SKILLS | | | | | |
| ☑ Living Skills Requirement | ECON 130 | Consumer and Family Finance | A | 3 | Summer 2018 |

## Electives

| | | | Units Applied: 23 | | Classes Applied: 8 |
|---|---|---|---|---|---|
| BUS 160 | Business Communications | B | 3 | | Summer 2018 |
| MATH 311 | Algebra 1 | A | 4 | | Spring 2019 |
| PE 129 | First Aid-CPR: Educator/Coach | B | 1 | | Spring 2017 |
| POLS 105 | Comparative Politics | A | 3 | | Spring 2018 |
| PSY 112 | Human Sexuality | IP | (3) | | Fall 2020 |
| PSY 113 | Theories of Personality | B | 3 | | Spring 2018 |
| PSY 118 | Lifespan Development | A | 3 | | Fall 2018 |
| SOC 110 | Intro to Marriage and Family | IP | (3) | | Fall 2020 |

## Insufficient

| | | | Units Applied: 0 | | Classes Applied: 3 |
|---|---|---|---|---|---|
| MATH 123 | Elementary Statistics | EW | 0 | | Spring 2020 |
| PSY 112 | Human Sexuality | EW | 0 | | Spring 2020 |
| SOC 110 | Intro to Marriage and Family | EW | 0 | | Spring 2020 |

## In-progress

| | | | Units Applied: 10 | | Classes Applied: 3 |
|---|---|---|---|---|---|
| MATH 123 | Elementary Statistics | IP | (4) | | Fall 2020 |

# myHancock

Allan Hancock Degree Works Report

**Student View** · AA5261Yk as of 09/01/2020 at 13:25

| Student | Acosta, Andrew | Academic Standing | Academic Good Standing | Level | Credit |
|---|---|---|---|---|---|
| ID | H20082963 | Progress Standing | Progress Good Standing | Degree/ Certificate | Associate in Arts |
| Enrolled | Yes | Degrees Earned | None | Program | Social Science |
| AHC GPA | 3.49 | Certificates Earned | None | Program Fin Aid Eligible | Y |
| Registration Holds | No Holds | Previous College | Coastline Community College | Degree Status | None |

Requirements

**Goal Progress**
**98%**

| ☑ | Associate in Arts Degree | | Catalog Year: | 2016-2017 | Units Required | 60 |
|---|---|---|---|---|---|---|
| | | | AHC GPA: | 3.49 | Units Applied | 73 |

| ☑ | Minimum 60 Unit Requirement |
|---|---|
| ☑ | Minimum Residency Requirement |

*** You can click this link to schedule an appointment to meet with a counselor in General Counseling ***

| ☑ | 2.0 GPA Requirement Met |
|---|---|
| ☑ | Major Requirements |
| ☑ | Multi-Cultural/Gender Studies Requirement |
| ☑ | Health and Wellness Requirement |
| ☑ | Competancy Requirement |
| ☐ | General Education Requirements |

WILL APPLY FOR 3 COLLEGE DEGREES iN 2020!

| ☑ | Social Science Major AA |
|---|---|

| ☑ | SOCIAL SCIENCE CORE COURSES - 18 UNITS | | | | | |
|---|---|---|---|---|---|---|
| ☑ | Cultural Anthropology | ANTH 102 | Intro to Cultural Anthro | B | 3 | Spring 2017 |
| ☑ | Human Geography | GEOG 102 | Human Geography | A | 3 | Summer 2019 |
| ☑ | Western Civilization Since 1650 | HIST 105 | Western Civilization Since 165 | TC | 3 | Spring 2018 |
| | Satisfied by | HISTC185 - Western Civilization 2 - Coastline Community College | | | | |
| ☑ | General Psychology | PSY 101 | General Psychology | TB | 3 | Spring 2018 |
| | Satisfied by | PSYCC100 - Intro to Psychology - Coastline Community College | | | | |
| ☑ | Select One of the Following Classes: | | | | | |
| ☑ | Introduction to Political Science | POLS 101 | Intro to Political Science | A | 3 | Feb 2019 |
| ☑ | Introduction to Sociology | SOC 101 | Intro to Sociology | A | 3 | Summer 2017 |

| ☑ | Multi-Cultural/Gender Studies Requirement | | | | | |
|---|---|---|---|---|---|---|
| ☑ | MULTI-CULTURAL/GENDER STUDIES REQUIREMENT | | | | | |
| ☑ | Select 3 Units from the Following | GEOG 103 | World Regional Geography | A | 3 | Summer 2017 |

| ☑ | Health and Wellness Requirements |
|---|---|
| ☑ | Health and Wellness Requirement Options |

## myHancock

Allan Hancock Degree Works Report

| | | | | | |
|---|---|---|---|---|---|
| PSY 112 | Human Sexuality | IP | (3) | | Fall 2020 |
| SOC 110 | Intro to Marriage and Family | IP | (3) | | Fall 2020 |

### Not Degree Applicable

Units Applied: 3                    Classes Applied: 1

| | | | | |
|---|---|---|---|---|
| MATH 531 | Pre-Algebra | A | 3 | |
| | *Max of zero classes/credits exceeded* | | | Fall 2017 |

### Legend

| | | | | | |
|---|---|---|---|---|---|
| ☑ | Complete | ☺ | Complete except for classes in-progress | (T) | Transfer Class |
| ☐ | Not Complete | ☹ | Nearly complete - see advisor | @ | Any course number |
| (*) | Co/Prerequisite Required | | | | |

### Disclaimer

You are encouraged to use this degree audit report as a guide when planning your progress toward completion of the above requirements. Your Counselor or the Admissions and Records Office may be contacted for assistance in interpreting this report. This audit is not your academic transcript and it is not official notification of completion of degree or certificate requirements. Please contact the Admissions and Records Office regarding this degree audit report, your official degree/certificate completion status, or to obtain a copy of your academic transcript.

BP-A0324
JUN 10
**WORK PERFORMANCE RATING – INMATE**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| Inmate's Name *Acosta, Andrew* | Register No. *44014-008* | Unit *J* |
|---|---|---|
| Evaluation Period *June 2019* | Work Assignment *Education* | |

Bonus Justification

*Two students passed the G.E.D. test in June.*

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
✓4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
✓4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
✓4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
✓4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when gi___ no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs m___
___3. Average. No slower and no faster to learn than most inmates. Requi___
✓4. Good. Learns rapidly. Good memory. Rarely makes the same mistake tw___
___5. Outstanding. Very quick to learn. Excellent memory. Is learning muc___ assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get : ___ Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised ___ dependable.
✓4. Needs little supervision. Good record of dependability an promptnes___
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

*To show counts I've helped students receive higher educ.*

Prescribed by P5251

BP-A0324
JUN 10

**WORK PERFORMANCE RATING - INMATE**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Inmate's Name Acosta, Andrew | Register No. 44014-008 | Unit J |
|---|---|---|
| Evaluation Period July 2019 | Work Assignment Education Department | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
____1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____3. Satisfactory. Makes some mistakes but no more than expected at this level.
✓__4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
____5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
✓__4. Good. Willing Worker. Does a full day's work and wastes little time.
____5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
____1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
✓__4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
____5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
____1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
✓__4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
____5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
✓__4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
____5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
____1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
✓__4. Needs little supervision. Good record of dependability an promptness.
____5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

BP-A0324
JUN 10

**WORK PERFORMANCE RATING - INMATE**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Inmate's Name<br>**Acosta, Andrew** | Register No.<br>**44014-008** | Unit |
|---|---|---|
| Evaluation Period<br>**August 2019** | Work Assignment<br>**Education Department** | |

Bonus Justification

*I/M Acosta has developed an efficient system to organize and reproduce A.C.E. study materials for the S.H.U. inmates. He is a reliable A.C.E. clerk for all institutional independent study A.C.E. classes*

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_X_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_X_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_X_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_X_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_X_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_X_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

Prescribed by P5251

Replaces BP-S324, OCT 94

BP-A0324
JUN 10

**WORK PERFORMANCE RATING - INMATE**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

| Inmate's Name<br>Acosta, Andrew | Register No.<br>44014-008 | Unit |
|---|---|---|
| Evaluation Period<br>September 2019 | Work Assignment<br>Education Deparment | |

Bonus Justification

*Continues to make improvements in the individual and SHU A.C.E. program.*

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
_X_2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training.
_X_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_X_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
_X_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_X_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Needs more instructions than most.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice. Requires average amount of instruction.
_X_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_X_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

BP-A0324
JUN 10

**WORK PERFORMANCE RATING - INMATE**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Inmate's Name<br>**Acosta, Andrew** | Register No.<br>**44014-008** | Unit<br>**J** |
|---|---|---|
| Evaluation Period<br>**10/01/2019-10/31/2019** | Work Assignment<br>**Educ Wrk, Tutor** | |

Bonus Justification

**Instrumental in helping several students pass their G.E.D. Ready tests.**

Signature and Date of Dept. Head Approval

*R. Bite   11·4·2019*

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF

Prescribed by P5251

Replaces BP-S324, OCT 94