# Exhibit 10

```
TCP15           *         PUBLIC INFORMATION        *     08-19-2020
PAGE 001        *            INMATE DATA            *     13:55:32
                          AS OF 08-19-2020

REGNO..: 44014-008 NAME: ACOSTA, ANDREW

                   RESP OF: LOM
                   PHONE..: 805-735-2771    FAX: 805-736-1292
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  49
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 03-30-2028                     PAR HEAR DT:




G0002      MORE PAGES TO FOLLOW . . .
```

```
TCP15          *        PUBLIC INFORMATION        *      08-19-2020
PAGE 002       *           INMATE DATA            *      13:55:32
                         AS OF 08-19-2020


REGNO..: 44014-008 NAME: ACOSTA, ANDREW

                  RESP OF: LOM
                  PHONE..: 805-735-2771   FAX: 805-736-1292
HOME DETENTION ELIGIBILITY DATE: 09-30-2027

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-30-2028 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION...........: ARIZONA
DOCKET NUMBER...................: CR03-00075-1-PHX-EHC
JUDGE...........................: CARROLL
DATE SENTENCED/PROBATION IMPOSED: 04-13-2005
DATE COMMITTED..................: 08-04-2005
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $17,035.00

---------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   551    18:2113 ROBBERY BANK
OFF/CHG: T18:2113(A) BANK ROBBERY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    210 MONTHS
 TERM OF SUPERVISION............:     36 MONTHS
 DATE OF OFFENSE................: 12-26-2002

----------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------

COURT OF JURISDICTION...........: ARIZONA
DOCKET NUMBER...................: CR 05-01319-001-PHX-
JUDGE...........................: MURGUIA
DATE SENTENCED/PROBATION IMPOSED: 06-18-2008
DATE COMMITTED..................: 08-18-2008
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.:   $200.00        $00.00          $00.00          $00.00




G0002         MORE PAGES TO FOLLOW . . .
```

```
   TCP15           *        PUBLIC INFORMATION        *    08-19-2020
   PAGE 003        *            INMATE DATA           *    13:55:32
                              AS OF 08-19-2020

 REGNO..: 44014-008 NAME: ACOSTA, ANDREW

                       RESP OF: LOM
                       PHONE..: 805-735-2771    FAX: 805-736-1292

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $18,744.00



 -------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:   551      18:2113 ROBBERY BANK
 OFF/CHG: 18:2113(A) BANK ROBBERY CT1,18:2113(A) AND (2), BANK ROBBERY,
          AID AND ABET CT2

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    306 MONTHS
  TERM OF SUPERVISION............:      3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: 96CS/210CC TO JD 030
  DATE OF OFFENSE................: 08-16-2002

 -------------------------CURRENT COMPUTATION NO: 030 -------------------------

 COMPUTATION 030 WAS LAST UPDATED ON 02-19-2020 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 09-21-2016 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 030: 030 010, 040 010

 DATE COMPUTATION BEGAN..........: 04-13-2005
 AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
 TOTAL TERM IN EFFECT............:     28 YEARS        8 MONTHS      5 DAYS
 TOTAL TERM IN EFFECT CONVERTED..:     28 YEARS        8 MONTHS      5 DAYS
 AGGREGATED TERM OF SUPERVISION..:      3 YEARS
 EARLIEST DATE OF OFFENSE........: 08-16-2002

 JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                     09-17-2003     04-12-2005




 G0002         MORE PAGES TO FOLLOW . . .
```

```
TCP15           *           PUBLIC INFORMATION        *      08-19-2020
PAGE 004        *              INMATE DATA            *      13:55:32
                            AS OF 08-19-2020

REGNO..: 44014-008 NAME: ACOSTA, ANDREW

                    RESP OF: LOM
                    PHONE..: 805-735-2771   FAX: 805-736-1292
TOTAL PRIOR CREDIT TIME.........: 574
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1514
TOTAL GCT EARNED................: 830
STATUTORY RELEASE DATE PROJECTED: 03-30-2028
TWO THIRDS DATE.................: 10-31-2022
EXPIRATION FULL TERM DATE.......: 05-22-2032
TIME SERVED.....................:      16 YEARS    11 MONTHS    3 DAYS
PERCENTAGE OF FULL TERM SERVED..: 59.0
PERCENT OF STATUTORY TERM SERVED: 68.9

PROJECTED SATISFACTION DATE.....: 03-30-2028
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```

```
TCP15          *           PUBLIC INFORMATION         *    08-19-2020
PAGE 005       *              INMATE DATA             *    13:55:32
                            AS OF 08-19-2020


REGNO..: 44014-008 NAME: ACOSTA, ANDREW

                 RESP OF: LOM

HOME DETENTION ELIGIBILITY DATE: 08-23-2003

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-16-2003 VIA FT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: ARIZONA
DOCKET NUMBER....................: 98-894-2-PHX-RGS
JUDGE............................: STRAND
DATE SENTENCED/PROBATION IMPOSED: 07-12-1999
DATE SUPERVISION REVOKED.........: 02-05-2003
TYPE OF SUPERVISION REVOKED......: REG
DATE COMMITTED...................: N/A
HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED................: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $12,365.00

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  551     18:2113 ROBBERY BANK
OFF/CHG: 18 USC 2113(A), EXTORTION, AN INCIDENTAL OFFENSE OF BANK
         ROBBERY

 SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:      8 MONTHS    15 DAYS
 TERM OF SUPERVISION.............:      2 YEARS
 DATE OF OFFENSE.................: 12-09-1998




G0002        MORE PAGES TO FOLLOW . . .
```

```
TCP15        *         PUBLIC INFORMATION        *     08-19-2020
PAGE 006     *             INMATE DATA           *     13:55:32
                        AS OF 09-16-2003


REGNO..: 44014-008 NAME: ACOSTA, ANDREW

                    RESP OF: LOM
                    PHONE..: 805-735-2771   FAX: 805-736-1292
---------------------------PRIOR COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-06-2005 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 02-05-2003
TOTAL TERM IN EFFECT............:      8 MONTHS     15 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      8 MONTHS     15 DAYS
EARLIEST DATE OF OFFENSE........: 12-09-1998

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     01-03-2003    02-04-2003

TOTAL PRIOR CREDIT TIME.........: 33
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 09-16-2003
TWO THIRDS DATE.................: 06-23-2003
EXPIRATION FULL TERM DATE.......: 09-16-2003
TIME SERVED.....................:      8 MONTHS     14 DAYS
PERCENTAGE OF FULL TERM SERVED..: 100.0
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 09-16-2003
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: DSC
ACTUAL SATISFACTION KEYED BY....: AKR

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .
```

```
TCP15        *        PUBLIC INFORMATION        *    08-19-2020
PAGE 007     *            INMATE DATA           *    13:55:32
                        AS OF 02-05-2002
```

REGNO..: 44014-008 NAME: ACOSTA, ANDREW

RESP OF: LOM

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 02-05-2002 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION............: ARIZONA
DOCKET NUMBER....................: CR9800894-002-PHXRGS
JUDGE............................: STRAND
DATE SENTENCED/PROBATION IMPOSED: 07-12-1999
DATE COMMITTED...................: 07-30-1999
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY: NO  SERVICES: NO      AMOUNT: $12,365.00
```

-----------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  551     18:2113 ROBBERY BANK
OFF/CHG: 18 USC 2113(A), EXTORTION, AN INCIDENTAL OFFENSE OF BANK
         ROBBERY

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   42 MONTHS
TERM OF SUPERVISION.............:   36 MONTHS
DATE OF OFFENSE.................: 12-09-1998
```

G0002       MORE PAGES TO FOLLOW . . .

```
    TCP15          *           PUBLIC INFORMATION          *    08-19-2020
 PAGE 008 OF 008  *               INMATE DATA              *    13:55:32
                              AS OF 02-05-2002


 REGNO..: 44014-008 NAME: ACOSTA, ANDREW

                         RESP OF: LOM
                         PHONE..: 805-735-2771   FAX: 805-736-1292
 --------------------------PRIOR COMPUTATION NO: 010 --------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 12-27-2001 AT LEW AUTOMATICALLY

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 PRIOR COMPUTATION 010:    010 010

 DATE COMPUTATION BEGAN..........: 07-12-1999
 TOTAL TERM IN EFFECT............:    42 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS      6 MONTHS
 EARLIEST DATE OF OFFENSE........: 12-09-1998

 JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                     12-09-1998   07-11-1999

 TOTAL PRIOR CREDIT TIME.........: 215
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 125
 TOTAL GCT EARNED................: 125
 STATUTORY RELEASE DATE PROJECTED: 02-05-2002
 TWO THIRDS DATE.................: 04-10-2001
 EXPIRATION FULL TERM DATE.......: 06-10-2002
 TIME SERVED.....................:     3 YEARS    1 MONTHS     28 DAYS
 PERCENTAGE OF FULL TERM SERVED..: 90.2
 PERCENT OF STATUTORY TERM SERVED: 100.0

 ACTUAL SATISFACTION DATE........: 02-05-2002
 ACTUAL SATISFACTION METHOD......: GCT REL
 ACTUAL SATISFACTION FACILITY....: LEW
 ACTUAL SATISFACTION KEYED BY....: DSS

 DAYS REMAINING..................: 125
 FINAL PUBLIC LAW DAYS...........: 0




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```