WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-03-00075-001-PHX-GMS |
| Plaintiff, | No. CR-05-01319-PHX-RCC |
| v. | **ORDER** |
| Andrew Acosta, | |
| Defendant. | |

Before the Court is Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 277.) Defendant has filed the same motion in another criminal matter. *United States v. Acosta*, 2:05-cr-01319-PHX-RCC (D. Ariz. 2005) (Doc. 187). Pursuant to LRCiv 42.1(e) the Court finds that the motions are duplicative of one another and involve the same issues of law and fact. Therefore, this case is transferred to Judge Raner C. Collins for decision.

**IT IS THEREFORE ORDERED** directing the Clerk of the Court to transfer Case No. CR-03-00075-00-PHX-GMS to Judge Raner C. Collins for decision. All further pleadings in *USA v. Acosta* shall be filed as Case No. CR-03-00075-PHX-RCC.

/ / /

**IT IS FURTHER ORDERED** directing the Clerk of Court to file this Order in both cases.

Dated this 14th day of April, 2021.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge